A CERTIFIED TRUE COPY
ATTEST

By Mecca Thompson on Dec 19, 2007

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Case 1:07-cv-07184   Document 1   Filed 12/19/2007   Page 1 of 6   JUDGE LEINENWEBER

FILED
DECEMBER 19, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dec 19, 2007
FILED
CLERK'S OFFICE

**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: RC2 CORP. TOY LEAD PAINT
PRODUCTS LIABILITY LITIGATION                                   MDL No. 1893

**CEM**                      **TRANSFER ORDER**                **07 C 7184**

**Before the entire Panel**[*]: Defendants and plaintiff in one action have moved, pursuant to 28 U.S.C. § 1407, for coordinated or consolidated pretrial proceedings of this litigation as follows: (1) plaintiff in the Central District of California action has moved for centralization in the Central District of California; and (2) defendants RC2 Corp. (RC2) and Learning Curve Brands, Inc. have moved for centralization in the Northern District of Illinois. The remaining responding parties agree that centralization is appropriate and support the Northern District of Illinois as transferee forum.

This litigation currently consists of fourteen actions listed on Schedule A and pending in six districts as follows: nine actions in the Northern District of Illinois; and one action each in the Eastern District of Arkansas, the Central District of California, the Southern District of Indiana, the District of New Jersey, and the Eastern District of New York.[1]

On the basis of the papers filed and hearing session held, we find that these actions involve common questions of fact, and that centralization under Section 1407 in the Northern District of Illinois will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. All actions stem from certain toys that were manufactured and/or distributed by defendants and recalled due to the presence of elevated levels of lead in surface paints. Centralization under Section 1407 will eliminate duplicative discovery; prevent inconsistent pretrial rulings, especially with respect to class certification; and conserve the resources of the parties, their counsel and the judiciary.

We are persuaded that the Northern District of Illinois is an appropriate transferee forum for this litigation. The majority of the actions are pending there, defendant RC2 is headquartered there, and, therefore, discovery will likely be found there.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the actions listed on Schedule A and pending outside the Northern District of Illinois are transferred to the Northern

---

[*] Judge Scirica did not participate in the decision of this matter.

[1] The Panel has been notified that four other related actions have been filed in the Northern District of Alabama, the Eastern District of Arkansas, the Southern District of Florida, and the Eastern District of Missouri, respectively. These actions will be treated as potential tag-along actions. *See* Rules 7.4 and 7.5, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001).

-2-

District of Illinois and, with the consent of that court, assigned to the Honorable Harry D. Leinenweber for coordinated or consolidated pretrial proceedings with the actions pending there and listed on Schedule A.

PANEL ON MULTIDISTRICT LITIGATION

_____
John G. Heyburn II
Chairman

D. Lowell Jensen         J. Frederick Motz
Robert L. Miller, Jr.    Kathryn H. Vratil
David R. Hansen          Anthony J. Scirica[*]

**IN RE: RC2 CORP. TOY LEAD PAINT**
**PRODUCTS LIABILITY LITIGATION**  MDL No. 1893

## SCHEDULE A

Eastern District of Arkansas

James Weldon Stratton, et al. v. RC2 Corp., et al., C.A. No. 4:07-640 — 07 CV 7185

Central District of California

Abel Martinez v. RC2 Corp., C.A. No. 2:07-5401 — 07 CV 7186

Northern District of Illinois

Channing Hesse v. Learning Curve Brands, Inc., et al., C.A. No. 1:07-3514
Jennifer Foshee Deke, etc. v. RC2 Corp., et al., C.A. No. 1:07-3609
Kimm Walton v. RC2 Corp., et al., C.A. No. 1:07-3614
John O'Leary, et al. v. Learning Curve Brands, Inc., et al., C.A. No. 1:07-3682
Paul Djurisic, etc. v. Apax Partners, Inc., et al., C.A. No. 1:07-3707
Theresa Reddell, et al. v. Learning Curve Brands, Inc., et al., C.A. No. 1:07-3747
Nicholas Rohde, et al. v. Learning Curve Brands, Inc., et al., C.A. No. 1:07-4187
Ryan R. Kreiner, et al. v. RC2 Corp., et al., C.A. No. 1:07-4547
Cherise Wilson, et al. v. Learning Curve Brands, Inc., et al., C.A. No. 1:07-4642

Southern District of Indiana

Chad J. Sweeney, et al. v. RC2 Corp., et al., C.A. No. 1:07-772 — 07 CV 7187

District of New Jersey

David Murdock, etc. v. RC2 Corp., et al., C.A. No. 2:07-3376 — 07 CV 7188

Eastern District of New York

C. Kelly v. RC2 Corp., C.A. No. 1:07-2525 — 07 CV 7189

# Judicial Panel on Multidistrict Litigation - Panel Attorney Service List
## for
## MDL 1893 - IN RE: RC2 Corp. Toy Lead Paint Products Liability Litigation

*** Report Key and Title Page ***

Please Note: This report is in alphabetical order by the last name of the attorney. A party may not be represented by more then one attorney. See Panel rule 5.2(c).

**Party Representation Key**
  * Signifies that an appearance was made on behalf of the party by the representing attorney.
  # Specified party was dismissed in some, but not all, of the actions in which it was named as a party.
  All counsel and parties no longer active in this litigation have been suppressed.

**This Report is Based on the Following Data Filters**
  Docket: 1893 - RC2 Corp. Toy Lead Paint PL
  For Open Cases

**Judicial Panel on Multidistrict Litigation - Panel Attorney Service List**                                                                 Page 1

Docket: 1893 - IN RE: RC2 Corp. Toy Lead Paint Products Liability Litigation
Status: Transferred on 12/19/2007
Transferee District: ILN     Judge: Leinenweber, Harry D.                                          Printed on 12/19/2007

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Balestriere, John<br>BALESTRIERE PLLC<br>225 Broadway<br>Suite 2700<br>New York, NY 10007 | => Phone: (212) 374-5400  Fax: (212) 661-8665<br>Kelly, C. |
| Fegan, Elizabeth A.<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>820 North Boulevard<br>Suite B<br>Oak Park, IL 60301 | => Phone: (708) 776-5604  Fax: (708) 776-5601  Email: beth@hbsslaw.com<br>Argiris, Sheree*; Hesse, Channing*; Hofmann, Tracy*; Lockhart, Rebekah*; O'Leary, John*; Reddell, Theresa*; Rei-Ghafoor, Aive*; Toms, Thomas*; Tubbs, Tonya*; Waller, Christine*; Wilson, Cherise*; Yin, Cheng* |
| Ferlauto, Thomas M.<br>KING & FERLAUTO LLP<br>1880 Century Park East<br>Suite 820<br>Los Angeles, CA 90067-1627 | => Phone: (310) 552-3366  Fax: (310) 552-3289  Email: tmf@kingferlauto.com<br>Martinez, Abel* |
| Fox, Frederic S.<br>KAPLAN FOX & KILSHEIMER LLP<br>850 Third Avenue<br>14nd Floor<br>New York, NY 10022 | => Phone: (212) 687-1980  Fax: (212) 687-7714  Email: ffox@kaplanfox.com<br>Walton, Kimm* |
| Okenfuss, Judy S.<br>ICE MILLER LLP<br>One American Square<br>Suite 3100<br>P.O. Box 82001<br>Indianapolis, IN 46282-0200 | => Phone: (317) 236-2115  Fax: (317) 236-2219  Email: judy.okenfuss@icemiller.com<br>Learning Curve Brands, Inc.*; Learning Curve Brands, Inc. fdba The Ertl Co., Inc.; Learning Curve Brands, Inc. fka RC2 Brands, Inc.*; Racing Champions Ertl Corp.; Racing Champions Ertl, Inc ; RC Ertl, Inc; RC2 Brands, Inc.*; RC2 Corp.*; RC2 Corp. fka RC2 Brands, Inc.*; Toys "R" Us, Inc.* |
| Ostolaza, Yvette<br>WEIL GOTSHAL & MANGES LLP<br>200 Crescent Court<br>Suite 300<br>Dallas, TX 75201 | => Phone: (214) 746-7700<br>Apax Partners, Inc.; Hit Entertainment |
| Pavich, Robert J.<br>MONICO PAVICH & SPEVACK<br>20 South Clark STreet<br>Suite 700<br>Chicago, IL 60603 | =><br>Djurisic (Father & Next Friend-L.D. & N.D.), Paul |
| Petersen, James L.<br>ICE MILLER LLP<br>One American Square, Suite 3100<br>P.O. Box 82001<br>Indianapolis, IN 46282-0200 | => Phone: (317) 236-2308  Fax: (317) 592-4730<br>Learning Curve International, Inc.* |

Note: Please refer to the report title page for complete report scope and key.

(Panel Attorney Service List for MDL 1,893 Continued)                                                                                           Page 2

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Reise, Jack<br>COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP<br>120 East Palmetto Park Road<br>Suite 500<br>Boca Raton, FL 33432-4809 | => Phone: (561) 750-3000  Fax: (561) 750-3364  Email: jreise@csgrr.com<br>Murdock (Ind./Father/Next Friend-Beau Farish & Anabelle Sage, minors), David* |
| Riley, William N.<br>PRICE WAICUKAUSKI & RILEY LLC<br>The Hammond Block Building<br>301 Massachusetts Avenue<br>Indianapolis, IN 46204 | => Phone: (317) 633-8787  Fax: (317) 633-8797  Email: wriley@price-law.com<br>Hudspeth (Ind./Behalf/Next Friends T.H.H. & A.L.H), Caryn*; Hudspeth, Patrick*; Kreiner (Ind./Behalf/Next Friend G.H.K., B.D.K. & C.J.K), Claudine M.*; Kreiner, Ryan R.*; Miller, Rachel*; Miller, Robert*; Sweeney, Chad J.*; Theobald, Gregg*; Theobald, Shay* |
| Streett, James A.<br>STREETT LAW FIRM PA<br>107 West Main Street<br>Russellville, AR 72801 | => Phone: (479) 968-2030  Fax: (479) 968-6253  Email: James@StreettLaw.com<br>Stratton (Ind./Parents/Natural Guardians & Next Friends-E.J.S. & M.M.S.), Christa Marie*; Stratton (Ind./Parents/Natural Guardians & Next Friends-E.J.S. & M.M.S.), James Weldon* |
| Wal-Mart Stores, Inc.,<br>702 S.W. 8th Street<br>Bentonville, AR 72716 | =><br>Wal-Mart Stores, Inc. |
| Whatley, Jr., Joe R.<br>WHATLEY DRAKE & KALLAS LLC<br>1540 Broadway<br>37th Floor<br>New York, NY 10036 | => Phone: (212) 447-7070  Fax: (212) 447-7077  Email: jwhatley@wdklaw.com<br>Deke (Ind./Mother/Next Friend-Parker Hayden & Connor William), Jennifer Foshee* |
| Zimmerman, Jr., Thomas A.<br>ZIMMERMAN & ASSOCIATES PC<br>100 West Monroe<br>Suite 1300<br>Chicago, IL 60603 | => Phone: (312) 440-0020  Fax: (312) 440-4180  Email: tom@attorneyzim.com<br>Brady (Next Friend-Tom), Christopher*; Brady, Tom*; Rohde (Next Friend-Robyne), Austin*; Rohde (Next Friend-Robyne), Nicholas*; Rohde, Robyne* |

(Panel Attorney Service List for MDL 1,893 Continued)                                                                                           Page 2

Note: Please refer to the report title page for complete report scope and key.