UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:<br>RC2 CORP. TOY LEAD PAINT<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1893 ALL CASES<br><br>Case No. 07 C 7184<br><br>Judge Leinenweber<br><br>**Notice of Presentment of<br>Defendants' Motion to Stay** |

## NOTICE OF PRESENTMENT OF DEFENDANTS' MOTION TO STAY

PLEASE TAKE NOTICE THAT on January 31, 2008 at 9:00 a.m., or as soon as counsel may be heard, the Defendants, RC2 Corporation and Learning Curve Brands, Inc. (collectively, "RC2") shall present their Motion To Stay before the Honorable Harry D. Leinenweber, at the United States District Court for the Northern District of Illinois located at 219 S. Dearborn Street, Chicago, IL 60604. You are welcome to attend and participate.

DATED: January 25, 2008

Respectfully submitted,

*s/Judy S. Okenfuss*
Judy S. Okenfuss
James L. Petersen
Katherine A. Winchester
ICE MILLER LLP
One American Square
Suite 3100
Indianapolis, IN 46282-0200

Bart T. Murphy
ICE MILLER LLP
2300 Cabot Drive
Suite 455
Lisle, IL 60532

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 25th day of January, 2008, a copy of the foregoing was filed electronically using the Court's CM/ECF system which sent electronic notification of this filing to the following counsel for Plaintiffs:

  Elizabeth A. Fegan  beth@hbsslaw.com

  Jack Reise  jreise@csgrr.com

  Joe R. Whatley, Jr.  jwhatley@wdklaw.com

  Robert James Pavich  rpavich@monicopavich.com

  Thomas A. Zimmerman, Jr.  tom@attorneyzim.com

  William N. Riley  wiriley@price-law.com

Additionally, the undersigned hereby certifies that a copy of the foregoing has been deposited in the U.S. Mail, first class postage prepaid, on the 25th day of January, 2008, addressed to:

  Frederic S. Fox
  KAPLAN KILSHEIMER & FOX LLP
  805 Third Avenue
  New York, NY  10022

  James A. Streett
  STREETT LAW FIRM, PA
  107 West Main
  Russellville, AK  72811

  Thomas M. Ferlauto
  KING & FERLAUTO LLP
  1880 Century Park East, Suite 820
  Los Angeles, CA  90067

  John S. Steward
  BURSTEIN LAW FIRM, P.C.
  225 S. Meramec, Suite 925
  St. Louis, MO  63105

  W. Lewis Garrison, Jr.
  Gayle L. Douglas
  HENINGER GARRISON DAVIS, LLC
  2224 First Avenue North
  Birmingham, AL  35203

John Balestriere
Craig Stuart Lanza
BALESTRIERE PLLC
225 Broadway, Suite 2700
New York, NY  10007

Lance A. Harke, P.A.
Sarah Clasby Engel, P.A.
Howard M. Bushman, Esq.
HARKE & CLASBY LLP
155 South Miami Ave., Suite 600
Miami, FL  33130

Davy Carter
271 West Main Street
Suite 201
P.O. Box 628
Cabot, AR  72023

Peter S. Pearlman, Esq.
COHN LIFLAND PEARLMAN
HERRMANN & KNOPF LLP
Park 80 Plaza West-One
Saddle Brook, NJ  07663

Jeffrey Aaron Cooke
THE COOKE LAW OFFICE
PO BOX 188
331 Columbia Street
Lafayette, IN  47902

Kenneth A. Wexler
WEXLER TORISEVA WALLACE LLP
1 North LaSalle Street
Suite 200
Chicago, IL  60602

*s/Judy S. Okenfuss*
Judy S. Okenfuss
ICE MILLER LLP
One American Square
Suite 3100
Indianapolis, IN  46282-0200
(317) 236-2115

3

4

I/2071011.1