UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | | |
|---|---|---|
| APRIL WILSON, PARENT AND GUARDIAN OF MATTHEW WILSON, A MINOR | } } } } | PLAINTIFF |
| v. | } } } | CV:2: 07 CV 00140 JLH |
| RC2 CORPORATION | } | DEFENDANT |

## SUPPORTING AFFIDAVIT

COMES NOW the Plaintiff, April Wilson, parent and guardian of Matthew Wilson, a Minor, and for her Supporting Affidavit, swears under oath:

1. That I, as class representative, agree to limit any potential class recovery to less than $5,000,000.00 in total damages, attorney's fees, and injunctive relief.

2. That by stating that I will "limit any potential class recovery" to less than $5,000,000, I mean that I will not accept any amounts beyond those amounts to which I have stipulated.

3. That by "total damages" I mean all damages, including every conceivable damage award, including punitive damages, treble damages, and awards of attorney's fees.

4. That this is a binding stipulation, enforceable regardless of the attorneys that represent me.

5. That I have entered into this stipulation because I believe it is in the best interest of the members of the class.

6. That I have read the foregoing statements and state that they are true and correct to the best of my knowledge and belief.

In witness whereof, I hereunto set my hand this _27th_ day of _November_, 2007.

_____
April Wilson – Affiant

State of Arkansas}

County of Lee}

Before the undersigned, _____, duly qualified and acting in and for this county and state, appeared April Wilson, to me well known to be the affiant herein, who stated the above under oath:

Subscribed and sworn to before me this _27th_ day of _November_

_____
[Official Title]

My commission expires: 5-11-14

[SEAL]

```
OFFICIAL SEAL
ROSE MARIE VICKERS
NOTARY PUBLIC-ARKANSAS
LEE COUNTY
My Commission Expires 05-11-2014
```