# Exhibit 4

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION

FILED
CH-2302
JAN 23 2008
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

BYRON BARRETT, individually, and on behalf of all others similarly situated )
)
Plaintiffs, )
)
v. ) No. 07 CH 20924
)
RC2 CORPORATION, ) Judge William O. Maki
)
Defendant. )

**AGREED MOTION FOR ENTRY OF SUPPLEMENTAL PRELIMINARY APPROVAL ORDER**

NOW COME the Parties by and through their respective counsel and hereby request the Court to enter the attached proposed supplemental preliminary approval order to supplement the hand written order entered by the Court on January 22, 2008. In support of this motion the Parties state as follows:

1. Plaintiff presented his motion for preliminary approval of the proposed settlement on January 22, 2008. At the conclusion of this hearing the Court entered a handwritten order which reflecting some but not all of the terms discussed and ordered by the Court at this hearing.

2. In order to fully memorialize and document the issues addressed and the Order of the Court the Parties have prepared the attached Exhibit A which is a Supplemental Preliminary Approval Order which covers all issues which the Court addressed in the January 22, 2008 hearing, some of which were not captured by the initial handwritten order prepared at the hearing on January 22, 2008.

3. Defendant's Counsel, Bart T. Murphy, has reviewed the proposed attached Preliminary Approval Order and has no objection to it.

WHEREFORE, Plaintiff and the Settlement Class request that the Court enter the attached Preliminary Approval Order to fully document the Court's order with respect to preliminary approval of the proposed settlement in this case.

Respectfully submitted,

BYRON BARRETT, individually and as Class Representative on behalf of the Settlement Class

Jay Edelson, Lead Class Counsel

Lead Class Counsel
Jay Edelson
KamberEdelson, LLC
53 W. Jackson Blvd., Ste. 1530
Chicago, IL 60604
312-589-6370

Willam Audet
Audet & Partners, LLP
221 Main Street, Ste. 1460
San Francisco, CA 94105
415-568-2555

Liaison Class Counsel
Gino L. DiVito
Tabet DiVito & Rothstein LLC
209 S. LaSalle St., 7th Fl.
Chicago, IL 60604