# Exhibit 8

# Recall Alert

# U.S. Consumer Product Safety Commission

Office of Information and Public Affairs                    Washington, DC 20207

April 4, 2003
Alert #03-532

# CPSC, Learning Curve Int'l Inc. Announce Recall of Lamaze Activity Toys

**PRODUCT: Activity Toys** In cooperation with the U.S. Consumer Product Safety Commission (CPSC), Racing Champions Ertl/Learning Curve Int'l., Inc. (RCE/LCI), of Chicago, IL is voluntarily recalling approximately 3,800 children's activity toys. There are two types of activity toys involved in this recall. One toy is a flower shaped toy intended to attach to a stroller, with a green painted metal wire on which plastic beads slide along. The item is the Lamaze Flower Stroller Wrap (SKU #97222). The other toy is a floor-based toy with a foam stuffed base, a blue painted metal wire on which plastic beads and stuffed animal heads slide along. This item is the Lamaze Soft Bead Buddies (SKU #97325). Each item has a sewn-in label with the Lamaze logo on the front. These toys were sold in March 2003 through specialty and toy stores nationwide for around $19.99.

**PROBLEM:** The paint on the metal wires of these toys contains excess levels of lead. Lead poisoning is a serious hazard to children and is associated with behavioral problems, learning disabilities, hearing problems and growth retardation.

**INCIDENTS/INJURIES:** RCE/LCI has not received any reports of incidents or injuries involving these toys. This recall is being conducted to prevent the possibility of injury.

**WHAT TO DO:** Consumers should immediately take these toys away from infants and young children. Consumers should contact RCE/LCI for return and replacement instructions at (800) 704-8697 between 8:00 a.m. and 5:00 p.m. CT, Monday through Friday or visit the company's web site at www.learningcurve.com





---

Send the link for this page to a friend! The U.S. Consumer Product Safety Commission is charged with protecting the public from unreasonable risks of serious injury or death from more than 15,000 types of consumer products under the agency's jurisdiction. Deaths, injuries and property damage from consumer product incidents cost the nation more than $800 billion annually. The CPSC is committed to protecting consumers and families from products that pose a fire, electrical, chemical, or mechanical hazard. The CPSC's work to ensure the safety of consumer products - such as toys, cribs, power tools, cigarette lighters, and household chemicals - contributed significantly to the decline in the rate of deaths and injuries associated with consumer products over the past 30 years.

To report a dangerous product or a product-related injury, call CPSC's hotline at (800) 638-2772 or CPSC's teletypewriter at (800) 638-8270, or visit CPSC's web site at www.cpsc.gov/talk.html. To join a CPSC email subscription list, please go to https://www.cpsc.gov/cpsclist.aspx. Consumers can obtain this release and recall information at CPSC's Web site at www.cpsc.gov.