# Exhibit 14



Brands > Thomas Wooden Railway                                              Back | Print


## Thomas & Friends™ Wooden Railway

   

**Adventures of James**
Little engineers can re-create their favorite stories featuring James with...
Price: **$29.99**
Add to Cart

**Adventures of Percy**
Percy always has adventures! Special three-car set features...
Price: **$17.49**
Add to Cart

**Adventures of Thomas 3-Car Pack**
The Adventures of Thomas 3-Car Pack features three different versions of...
Price: **$24.99**
Add to Cart

**Alfie**
Lifting arm carries all magnetic cargo. As featured in "New Friends for...
Price: **$12.99**
Add to Cart

   


**Annie & Clarabel 2-pack**
Annie and Clarabel are Thomas' two faithful coaches....
Price: **$19.99**
Add to Cart

**Aquarium Cars**
Colorful and fun, the large tanks of the aquarium cars help to transport sea...
Price: **$19.99**
Add to Cart

**Arched Viaduct**
Take Thomas and his friends above busy streets or over countryside creeks and...
Price: **$29.99**
Add to Cart

**Arthur**
Arthur is a big new tank engine whose job it is to shunt tracks and pull...
Price: **$15.99**
Add to Cart

     

**Ascending Track Risers - 2 pieces**
Thomas and his friends can take the high road every time when Ascending...
Price: **$4.99**
Add to Cart

**Battery-Powered James**
The James die-cast battery-powered engine features powerful four-wheel ...
Price: **$29.99**
Add to Cart

**Battery-Powered Jet Engine with Thomas**
Thomas gets more than he bargains for when this jet engine speeds him...
Price: **$29.99**
Add to Cart

**Battery-Powered Lady**
The Lady die-cast battery-powered engine features powerful four-wheel drive...
Price: **$19.99**
Add to Cart

   

**Battery-Powered Percy**
The Percy die-cast battery-powered engine features powerful four-wheel drive...

**Battery-Powered Salty**
Battery-powered Salty has pulled into the station! Kids can watch and play...

**Battery-Powered Thomas**
The Thomas die-cast battery-powered engine features powerful four-wheel...

**Bertie the Bus**
Firmest of friends with Thomas since their Great Race, Bertie understands...

Price: $19.99
Add to Cart

Price: $19.99
Add to Cart

Price: $19.99
Add to Cart

Price: $10.99
Add to Cart

   

**Bill and Ben**
Bill and Ben are twins, and are the most mischievous characters of the whole railway family.
Price: $19.99
Add to Cart

**Billy**
Billy is a bright orange tank engine who's boisterous, bubbly and bursting with enthusiasm...
Price: $10.99
Add to Cart

**Birthday Thomas and Box Car**
Celebrate a birthday with Thomas the Tank Engine! This Thomas features...
Price: $19.99
Add to Cart

**Boulder Adventure Expansion Pack**
Little engineers will have hours of fun avoiding danger on the rails with the...
Price: $39.99
Add to Cart

  

**Breakdown Train**
When an engine is in distress, it's Breakdown Train to the rescue...
Price: $15.99
Add to Cart

**Byron the Bulldozer**
Byron is a giant bulldozer capable of moving tons of dirt. His size, strength...
Price: $15.99
Add to Cart

**Chinese Dragon**
The colorful Chinese Dragon was brought to the Island of Sodor carnival...
Price: $15.99
Add to Cart

**Circus Train**
This colorful train consists of three cars and five animals including a...
Price: $24.99
Add to Cart

   

**Collapsing Sodor Suspension Bridge**
Push a button, and the Sodor Suspension Bridge collapses. Then push...
Price: $49.99
Add to Cart

**Cookie Factory Cargo Pack**
Engines delight in making deliveries to Mr. Jolly?s Chocolate Factory. This cargo...
Price: $39.99
Add to Cart

**Culdee & the Apple Orchard Cars**
Introducing the return of Culdee along with apple orchard cars...
Price: $29.99
Add to Cart

**Daisy**
Daisy is back for a limited-time only: through 2007, little engineers can add...
Price: $15.99
Add to Cart

   

**Deluxe Over-the-Track Signal**
This deluxe "Sights & Sounds" version of the Over-the-Track Signal is the...
Price: $29.99
Add to Cart

**Deluxe Railroad Crossing**
Bring Sodor to life with this Deluxe Railroad Crossing. As your child moves...
Price: $24.99
Add to Cart

**Deluxe Sights & Sounds Cranky the Crane**
A deluxe version of everyone's favorite crane. Includes one piece of...
Price: $69.99
Add to Cart

**Deluxe Sights & Sounds Fire Station**
This deluxe "Sights & Sounds" version of the Fire Station is the perfect item...
Price: $69.99
Add to Cart

   

**Dennis**
Dennis is a lazy diesel who will do anything to get out of work. To disguise this, he...
Price: $10.99
Add to Cart

**Derek the Diesel**
Derek is back for a limited-time only: through 2007, little engineers can add...
Price: $15.99
Add to Cart

**Diesel**
Oily, scheming and ever ready to stir up trouble in the shed, Diesel's...
Price: $10.99
Add to Cart

**Diesel 10**
A renegade diesel engine on The Island of Sodor who is 10 out of 10 for brutal...
Price: $15.99
Add to Cart

   

**Donald the Scottish Twin**
The antics of these Scottish twins who hate to be parted sometimes lead...
Price: $17.99
Add to Cart

**Douglas the Scottish Twin**
The antics of these Scottish twins who hate to be parted sometimes lead...
Price: $17.99
Add to Cart

**Drawbridge**
Low bridge ahead! Push the lever to raise the bridge so Thomas can pass safely...
Price: $9.99
Add to Cart

**Duck the GWR Pannier Tank Engine**
Duck is a small pannier tank engine from the Great Western Railway and is...
Price: $10.99
Add to Cart

  

**Echo Tunnel**
An amazing Sights & Sounds tunnel featuring echoing sounds! Hear distinctive...
Price: $49.99
Add to Cart

**Edward the Blue Engine**
An older engine and extremely kind; kind to small engines who get into...
Price: $17.99
Add to Cart

**Edward the Great Set**
Inspired by the popular "Edward the Great" story from the "It's Great to be...
Price: $63.99
Add to Cart

**Elevated Track Foundation**
The best way to add many levels to the biggest of Thomas sets. Sturdy...
Price: $19.99
Add to Cart

    

**Emily**
Emily is a beautiful engine with shiny paintwork and gleaming brass fittings...
Price: $17.99
Add to Cart

**Express Coaches**
The Express Coaches are popular with passengers because they ride smoothly...
Price: $17.99
Add to Cart

**Fearless Freddie Expansion Pack**
Fearless Freddie is the warhorse engine of the Narrow Gauge railway...
Price: $20.99
Add to Cart

**Fog Cars**
Press for realistic foghorn sound!...
Price: $8.99
Add to Cart

   

**Giggling Troublesome Trucks**
The Troublesome Trucks are the rascals of Sir Topham

**Gold Prospector's Cars**
Gold sifts through sand as barrel turns! Measures 7" long....

**Gordon the Big Express Engine**
Gordon is the senior member of the engine family, the

**Harold With Retractable Pull**
Harold is a good-hearted helicopter who likes to hover

Hatt's Railway who...
Price: $19.99
Add to Cart

Price: $8.99
Add to Cart

fastest and most...
Price: $17.99
Add to Cart

above the roadway and...
Price: $12.99
Add to Cart

   

**Harold the Helicopter**
Good-hearted Harold brings welcome but noisy visits to the quiet Sodor...
Price: $7.69
Add to Cart

**Harvey**
Harvey is big-hearted and relentlessly cheerful. Mocked by James and Gordon...
Price: $15.99
Add to Cart

**Hector**
A huge and happy hopper truck, Hector's name stands for "Heavy Engineered Coal...
Price: $15.99
Add to Cart

**Henry the Green Engine**
Henry is a long, fast engine. He has a thoroughbred look and like all...
Price: $17.99
Add to Cart

   

**Holiday Tunnel**
This highly-collectible, limited-time item adds to the magical world of Sodor...
Price: $19.99
Add to Cart

**Jack**
Push on cab to raise scoop. As featured in "New Friends for Thomas" video...
Price: $12.99
Add to Cart

**Jeremy and the Airfield Set**
Jeremy the Jet Plane is the star of this set. Watch his eyes move as he rolls...
Price: $149.99
Add to Cart

**Lady**
Lady is a very special golden engine who holds the secret to The Magic Mountain...
Price: $10.99
Add to Cart

   

**Lift & Load Set**
Lift and load cargo, move grain, barrels, logs and more! This 100-piece...
Price: $349.99
Add to Cart

**Lifting Bridge**
Turn the knob and make the bridge lift up! Moving drawbridge makes for ...
Price: $17.99
Add to Cart

**Lights & Sounds Thomas**
This deluxe version of Thomas the Tank Engine brings him to life like never...
Price: $15.99
Add to Cart

**Lights and Sounds Percy**
This deluxe version of Percy brings him to life like never before! Push the...
Price: $15.99
Add to Cart

  

**Load & Sort Recycling Center**
Keep the Island of Sodor in tip-top shape with the Recycling Center! Have...
Price: $59.99
Add to Cart

**Madge**
Madge is a snub-nosed truck with a three-wheeled cab and a flatbed...
Price: $15.99
Add to Cart

**Mavis**
A fiesty young diesel engine. Mavis is high-spirited and often does things...
Price: $10.99
Add to Cart

**Max & Monty the Dump Trucks**
Max is No. 15 and Monty is No. 16. These twin dump trucks think they know...
Price: $19.99
Add to Cart

   

**McColl's Pig Shed**
Little engineers will have hours of countless fun visiting McColl's Pig Shed ...
Price: $19.99
Add to Cart

**Mighty Mac**
Mighty Mac is the most unusual engine on the Island of Sodor. In fact, he is...
Price: $15.99
Add to Cart

**Molly**
Molly is a large, powerful and bright yellow engine. She's proud of her...
Price: $17.99
Add to Cart

**Mountain Overpass**
At the Mountain Overpass, trains climb over the mountain bridge and...
Price: $14.99
Add to Cart






**Mountain Overpass Set**
This set brings road and rail together to bring the complete world of Thomas...
Price: $89.99
Add to Cart

**Murdoch**
Murdoch is a mighty engine with ten drive wheels. He was brought to the...
Price: $17.99
Add to Cart

**Musical Caboose**
Liittle engineers can now enjoy playing the Thomas & Friends theme song...
Price: $12.99
Add to Cart

**Neville**
Unfortunately for Neville, he is a steam engine who looks like a diesel...
Price: $17.99
Add to Cart







**Old Slow Coach**
Old Slow Coach is a classic character that Thomas and Percy once saved...
Price: $15.99
Add to Cart

**Oval Set**
This 13-piece set includes Thomas, passenger car, ten pieces of track and...
Price: $24.99
Add to Cart

**Percy the Small Engine**
A junior member of the principal team of engines. This little chap is ...
Price: $10.99
Add to Cart

**Peter Sam**
Peter Sam is a happy, kindly, hard-working engine who seldom grumbles...
Price: $10.99
Add to Cart





**Quarry Mine Tunnel**
Engines "disappear" into coal mine tunnel and magically 'reappear'...
Price: $29.99
Out of Stock - Please check later

**Rescue Hospital**
When helicopter pad is pushed, the garage pops open and the Sodor...
Price: $49.99
Out of Stock - Please check later

**Rheneas & the Roller Coaster Set**
Inspired by the popular "Rheneas & the Roller Coaster" story in the...
Price: $129.99
Add to Cart

**Rocky**
Rocky is a very strong crane who can pick up other engines, but is also a...
Price: $29.99
Add to Cart






**Rolling Gantry Crane**
Little engineers will love the Rolling Gantry Crane as it helps them to easily...
Price: $39.99
Add to Cart

**Rosie**
Rosie is a feisty, fun and very free spirited tomboy tank engine who...
Price: $10.99
Add to Cart

**Round-About Action Turntable**
Opportunities for train travel multiply when you hook up the Round-About action...
Price: $29.99
Add to Cart

**Roundhouse**
Swing open the doors for five trains to start out for a hard day's work...
Price: $84.99
Add to Cart

  

**Roundhouse Set**
Our premier set! Includes multiple vehicles, track, accessories, and the...
Price: $449.99
Add to Cart

**Rusty with Construction Cars**
Rusty is back in this 3-car set! Rusty is a very self-assured and dedicated worker...
Price: $24.99
Add to Cart

**Salty**
Salty, The Dockside Diesel, is a hard working engine who loves to tell...
Price: $10.99
Add to Cart

**Scootin' Sounds Thomas**
Sit n scoot on Thomas! This first riding toy encourages activity...
Price: $65.99
Add to Cart

 

**Sir Handel**
Brought up under instruction from Duke, Sir Handel is one of the oldest engines on...
Price: $10.99
Add to Cart

**Sodor Chicken Cars**
Slide the boxcar door to hear fun chicken sounds. Includes a character card...
Price: $19.99
Add to Cart

**Sodor Collector's Pack**
A Thomas collector's dream! This 3-car pack includes special, metallic-colored...
Price: $8.99
Add to Cart

**Sodor Dairy Cars**
The people on the Island of Sodor need milk, and they can always count...
Price: $19.99
Add to Cart

   

**Sodor Engine Wash**
The always-popular Sodor Engine Wash is now better than ever! With its...
Price: $29.99
Add to Cart

**Sodor Fire Crew**
Always useful and ready in an emergency, this Fire Pumper and Hook & Ladder...
Price: $19.99
Add to Cart

**Sodor Gift Pack with Henrietta**
A great gift for the Thomas fan! Five classic vehicles, including exclusive...
Price: $44.99
Add to Cart

**Sodor Oil Depot**
Push lever side-to-side to raise and lower oil level. Tethered oil nozzle for...
Price: $7.49
Add to Cart

   



**Sodor Power Crew**
Keep Sodor's power lines in top-top shape with the Sodor Power Crew! Includes...
Price: $19.99
Out of Stock - Please check later

**Sodor Quarry Mine Tunnel Set**
The Sodor Quarry Mine Tunnel Set is a perfect introduction to the world...
Price: $99.99
Add to Cart

**Sodor Scrub & Shine**
The Vehicle Wash keeps everyone on Sodor as clean as a whistle...
Price: $49.99
Add to Cart

**Spencer**
Spencer is just about the shiniest, sleekest engine the Island of Sodor...
Price: $17.99
Add to Cart

   

**Stacking Risers - 3 pieces**
Use the Stacking Risers to quickly and easily add different levels of...

**Storm on Sodor Set**
Reenact part of the exciting Calling All Engines! story, in which a storm hits...

**Suddery Swing Bridge**
The Suddery Swing Bridge is perfect for expanding your Thomas Wooden...

**Thomas Carry Bag**
A great way to organize and tote Thomas and his friends wherever you go. A great...

| Price: $19.99 | Price: $77.99 | Price: $39.99 | Price: $29.99 |
| Add to Cart | Add to Cart | Add to Cart | Add to Cart |

   

**Thomas Train Engine Caddy**
Let Thomas be a really useful engine by helping children keep their engines...
Price: $39.99
Add to Cart

**Thomas Train Felt Playmat**
A durable surface for Thomas adventures...
Price: $19.99
Add to Cart

**Thomas Train Island of Sodor Wooden Play Table**
We have taken our quality wooden Playtable and decorated it to become...
Price: $189.99
Add to Cart

**Thomas Train Playtable Package**
A complete package for any Thomas enthusiast! This package includes an...
Price: $299.99
Add to Cart

   

**Thomas Train Under-the-Bed Playtable**
Playtable with drawer for Thomas Wooden Railway storage! When not in use...
Price: $199.99
Add to Cart

**Thomas Train Under-the-Table Storage Drawer**
Conveniently store Thomas vehicles and track below any Thomas playtable...
Price: $29.99
Add to Cart

**Thomas Wooden Railway Battery-Powered Around the Tree Set**
Celebrate the season with Thomas and the Battery-Powered Around-the-Tree...
Price: $49.99
Add to Cart

**Thomas the Tank Engine**
Thomas can be described as a cheeky, fussy little engine. He often gets...
Price: $10.99
Add to Cart

   

**Tidmouth Timber Yard**
Send lumber all over with this interactive accessory....
Price: $9.99
Add to Cart

**Toby the Tram Engine**
Toby is old-fashioned, both in looks and outlook. Every engine, no matter...
Price: $10.99
Add to Cart

**Toby's Windmill**
Little engineers will have countless adventures on Sodor with Toby's...
Price: $39.99
Add to Cart

**Track - 2" and 4" Straight Track Pack**
A useful track pack that includes both 2" straight (x2) and 4" straight...
Price: $9.99
Add to Cart

   

**Track - 3.5" Curved Track - 4 pieces**
Fun is always just around the bend when Thomas and his friends ride on ...
Price: $9.99
Add to Cart

**Track - 3.5" Single Curved Switch Track - 2 pieces**
For changing tracks and cornering curves, the 3 1/2 Single Curve Switch...
Price: $9.99
Add to Cart

**Track - 6" Straight Track - 4 pieces**
For long or short distances, get to Thomas and his friends quickly with...
Price: $9.99
Add to Cart

**Track - 6.5" Single Curved Switch Track - 2 pieces**
Thomas takes a curve and switches tracks all in one easy step with the ...
Price: $14.99
Add to Cart

   

**Track - 8" Ascending Track - 2 pieces**
Take Thomas to new heights with Ascending Track pieces that let you build up...
Price: $11.99
Add to Cart

**Track - 8" Straight Track - 4 pieces**
It's always a long haul when Thomas and his friends ride on these 8" Straight...
Price: $9.99
Add to Cart

**Track - Adapt-a-Track**
Avoid layout frustrations with the new Adapt-a-Track. Ends flip easily...
Price: $11.99
Add to Cart

**Track - Bumpy Track**
Thomas Wooden Railway track is no longer flat! Great fun to move any of...
Price: $19.99
Add to Cart

   

**Track - Curved Road Pack**
Expand your roadway layout with the curved road pack. Includes both 3.5" and...
Price: $11.99
Add to Cart

**Track - Switch T-Track**
By adding exciting track pieces such as the Switch T-Track, your child ...
Price: $14.99
Add to Cart

**Track - Track Adapter Pack #1 - F to M**
When your layout is almost there, Track Adapters help your track pieces...
Price: $9.99
Out of Stock - Please check later

**Track - Track Adapter Pack #2 - M to F**
When your layout is almost there, Track Adapters help your track pieces...
Price: $9.99
Out of Stock - Please check later

   

**Track - Wacky Track**
Flexible Wacky Track twists and turns for easy building. Patent pending.
Price: $19.99
Add to Cart

**Trevor**
Trevor is a tractor on the Island of Sodor. He has a big extra wheel that turns...
Price: $12.99
Add to Cart

**Up & Away Expansion Pack**
These set expansion packs are great assortments for beginning to...
Price: $49.99
Add to Cart

**Useful Engine Shed**
Slide-out lever feature allows child to eject an engine from the Useful Engine Shed...
Price: $24.99
Add to Cart

 

**Water Tower**
Watch the water level rise and lower as a child fills their engines with imagination...
Price: $24.99
Add to Cart

**Whiff**
Whiff is a cheery, little tank engine with a very special job: he collects rubbish...
Price: $15.99
Add to Cart