# Exhibit 15

Case 1:07-cv-07184   Document 7-17   Filed 01/28/2008   Page 1 of 4



**NetworkSolutions**  
Call us 1-800-333-7680  
Login  Help  
Shopping Cart

# WHOIS Search Results

Available **thomastrainsettlement** extensions:

| .net | .org | .us | .mobi | .info | .biz | .de | .tv | .co.uk | .eu | .bz |
|------|------|-----|-------|-------|------|-----|-----|--------|-----|-----|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

[Order Selected Domain(s) »]



**NEW! VPS HOSTING**  
Get the power of a dedicated server at a fraction of the cost. [LEARN MORE]

## Your WHOIS Search Results


IMAGE NOT AVAILABLE

**thomastrainsettlement.com**  
Services from Network Solutions:

- Certified Offer Service - Let us help you get this domain name!
- Backorder - Try to get this name when it becomes available.
- SSL Certificates - Get peace of mind with a secure certificate.
- Enhanced Business Listing - Promote your business to millions of viewers for only $1 a month!

**Choose Your Domain Name Provider Wisely** and Transfer Domains for $9.99/yr

Learn the do's and don'ts of search engine optimization. **Download** our *Guide to Getting Found Online* now.



Learn the Secrets of Search Engine Optimization  
Attend our SEO Seminar  
[Learn More »]

Visit AboutUs.org for more information about THOMASTRAINSETTLEMENT.COM  
AboutUs: THOMASTRAINSETTLEMENT.COM

**Registrant:**  
Audet & Partners LLP  
ATTN: THOMASTRAINSETTLEMENT.COM  
c/o Network Solutions  
P.O. Box 447  
Herndon, VA 20172-0447

**Domain Name:** THOMASTRAINSETTLEMENT.COM

**Promote your business to millions of viewers for only $1 a month!**

Learn how you can get an Enhanced Business Listing here for your domain name.

Learn More

When you register a domain name, current policies require that the contact information for your domain name registration be included in a public database known as WHOIS. To learn about actions you can take to protect your WHOIS information visit www.internetprivacyadvocate.org.

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS database through the use of high-volume, automated, electronic processes or for the purpose or purposes of using the data in any manner that violates these terms of use. The Data in Network Solutions' WHOIS database is provided by Network Solutions for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. Network Solutions does not guarantee its accuracy. By submitting a WHOIS query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use



**Administrative Contact :**
Audet & Partners LLP
qd3ru9yg6ck@networksolutionsprivateregistration.com
ATTN: THOMASTRAINSETTLEMENT.COM
c/o Network Solutions
P.O. Box 447
Herndon, VA 20172-0447
Phone: 570-708-8780

**Technical Contact :**
Audet & Partners LLP
qd3ru9yg6ck@networksolutionsprivateregistration.com
ATTN: THOMASTRAINSETTLEMENT.COM
c/o Network Solutions
P.O. Box 447
Herndon, VA 20172-0447
Phone: 570-708-8780

Record expires on 12-Dec-2009
Record created on 12-Dec-2007
Database last updated on 12-Dec-2007

Domain servers in listed order:        Manage DNS

NS.DNSPROTECT.COM                       72.9.239.130
NS2.DNSPROTECT.COM                      70.85.84.52

This listing is a Network Solutions Private Registration. Mail correspondence to this address must be sent via USPS Express Mail™ or USPS Certified Mail®; all other mail will not be processed. Be sure to include the registrant's domain name in the address.

Show underlying registry data for this record

| | |
|---|---|
| Current Registrar: | NETWORK SOLUTIONS, LLC. |
| IP Address: | 209.62.20.229 (ARIN & RIPE IP search) |
| IP Location: | US(UNITED STATES)-MASSACHUSETTS-BOSTON |
| Lock Status: | clientTransferProhibited |
| DMOZ | no listings |
| Y! Directory: | see listings |
| Data as of: | 14-Jun-2005 |

Search ⟫

**SEARCH AGAIN**

Enter a search term:

e.g. networksolutions.com

**Search by:**
◉ Domain Name
○ NIC Handle
○ IP Address



 **Need to get your business online?**
Our professional designers can build a custom Web site for your business. $11.95/month, plus a $499.00 design fee

 **PerformanceClicks™ from Network Solutions**
Create and manage your pay per click advertising from as low as **$125/month** plus $99 one time set-up fee



    



**100% Secure Transaction**
For your protection, this Web site is secured with the highest level of SSL Certificate encryption.

© Copyright 2008 Network Solutions. All rights reserved.