# Exhibit 21



*Dorothy Brown*
# Clerk of the Circuit Court
*Cook County*

Case Information Summary for Case Number
2007-CH-20924

Filing Date: 8/7/2007  
Division: Chancery Division  
Ad Damnum: $0.00  

Case Type: CLASS ACTION  
District: First Municipal  
Calendar: 03  

## Party Information

| | **Plaintiff(s)** | **Attorney(s)** |
|---|---|---|
| | BARRETT BYRON | BLIM & EDELSON LLC |
| | | 53 W JACKSON #1642 |
| | | CHICAGO IL, 60604 |
| | | (312) 913-9400 |

| **Date of Service** | **Defendant(s)** | **Attorney(s)** |
|---|---|---|
| | RC2 CORPORATION | ICE MILLER DONADIO & RYAN |
| | | ONE AMERICAN SQUARE |
| | | INDIANAPOLS IN, 46206 |
| | | (443) 236-2100 |

## Case Activity

Activity Date: 8/7/2007                                        Participant: BARRETT BYRON
   CLASS ACTION COMPLAINT FILED (JURY DEMAND)
   Court Fee: 524.00                                           Attorney: BLIM & EDELSON LLC

Activity Date: 8/7/2007                                        Participant: BARRETT BYRON
   CASE SET ON CASE MANAGEMENT CALL
   Court Date: 12/24/2007                                      Judge: MAKI, WILLIAM
   Court Time: 0930                                            Attorney: BLIM & EDELSON LLC

Court Room: 2302

Activity Date: 11/13/2007        Participant: BARRETT BYRON

CASE MGMT CALL NOTICE MAILED

Court Date: 12/24/2007      Judge: MAKI, WILLIAM
Court Time: 0930
Court Room: 2302

Activity Date: 1/22/2008        Participant: BARRETT BYRON

CONTINUANCE - ALLOWED -

Court Date: 5/6/2008      Judge: MAKI, WILLIAM
Court Time: 1100      Microfilm: CH000000000
Court Room: 2302

Activity Date: 1/22/2008        Participant: BARRETT BYRON

MOTION TO - ALLOWED -

Court Room: 2302      Judge: MAKI, WILLIAM
     Microfilm: CH000000000

Activity Date: 1/22/2008        Participant: BARRETT BYRON

MOTION TO - ALLOWED -

Court Room: 2302      Judge: MAKI, WILLIAM
     Microfilm: CH000000000

Activity Date: 1/22/2008        Participant: BARRETT BYRON

MOTION TO - ALLOWED -

Court Room: 2302      Judge: MAKI, WILLIAM
     Microfilm: CH000000000

Activity Date: 1/22/2008        Participant: BARRETT BYRON

MOTION TO - ALLOWED -

Court Room: 2302      Judge: MAKI, WILLIAM
     Microfilm: CH000000000

Activity Date: 1/23/2008        Participant: BARRETT BYRON

MOTION FILED

Attorney: BLIM & EDELSON LLC

Activity Date: 1/23/2008     Participant: BARRETT BYRON

CONTINUANCE - ALLOWED -

Court Date: 5/6/2008     Judge: MAKI, WILLIAM
Court Time: 1100     Microfilm: CH000000000
Court Room: 2302

Activity Date: 1/23/2008     Participant: BARRETT BYRON

MOTION TO - ALLOWED -

Court Room: 2302     Judge: MAKI, WILLIAM
Microfilm: CH000000000

Activity Date: 1/24/2008     Participant: RC2 CORPORATION

APPEARANCE FILED - FEE PAID -

Court Fee: 163.00     Attorney: ICE MILLER DONADIO & RYAN

---

Please note: Neither the Circuit Court of Cook County nor the Clerk of the Circuit Court of Cook County warrants the accuracy, completeness, or the currency of this data. This data is not an official record of the Court or the Clerk and may not be represented as an official court record.

If data does not appear in a specific field, we likely do not have the responsive data in our master database.

Return to Search Page