# **<u>Exhibit 26</u>**

Case 1:07-cv-07184   Document 7-28   Filed 01/28/2008   Page 1 of 2

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Barrett, individually and on behalf of all others similarly situated

v.

RCZ Corp.

No. 07 CH 20924

### ORDER

This cause coming to be heard on the parties' motion for preliminary approval of Class Action settlement, counsel for all parties being present - the court being duly advised, IT IS HEREBY ORDERED:

1. The settlement class, as defined in Plaintiff's supporting memorandum, is certified;
2. Lead, liaison and affiliated class counsel are appointed in accord with Plaintiff's supporting memorandum;
3. Byron Barrett is appointed the settlement class representative;
4. The settlement is preliminarily approved;
5. The form and manner of notice proposed by the Parties is approved
6. E-mail notice will be sent by 2/1/08; mail and publication notice by March 7, 2008; opt-outs and exclusions by April 21, 2008; Final fairness hearing on 5/6/08 at 11:00 A.M.; final approval papers by Apr. 29, 2008.

Atty. No.: 44146
Name: Jay Edelson/Kamber Edelson
Atty. for: Plaintiff
Address: 53 W. Jackson Ave, Suite 1530
City/State/Zip: Chicago, IL 60604
Telephone: 312-589-6370

ENTERED:

Dated: 1-22, 2008

ENTERED
JUDGE WILLIAM O. MAKI-1604

Judge   JAN 22 2008

DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK

Judge's No.

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS