# Exhibit 28

RC2 Corp. Recalls Additional Thomas & Friends™ Wooden Railway Toys Due to Violat... Page 1 of 3

Case 1:07-cv-07184    Document 7-30    Filed 01/28/2008    Page 2 of 4

# NEWS from CPSC

## U.S. Consumer Product Safety Commission

Office of Information and Public Affairs                                    Washington, DC 20207

FOR IMMEDIATE RELEASE          **Firm's Recall Hotline: (866) 725-4407**
September 26, 2007                        CPSC Recall Hotline: (800) 638-2772
Release #07-308                           CPSC Media Contact: (301) 504-7908

## RC2 Corp. Recalls Additional Thomas & Friends™ Wooden Railway Toys Due to Violation of Lead Paint Standard

WASHINGTON, D.C. - The U.S. Consumer Product Safety Commission, in cooperation with the firm named below, today announced a voluntary recall of the following consumer product. Consumers should stop using recalled products immediately unless otherwise instructed.

**Name of Product:** Various Thomas and Friends™ Wooden Railway Toys

**Units:** About 200,000 (1.5 million other Thomas & Friends railway toys were recalled on June 13, 2007)

**Importer/Distributor:** RC2 Corp., of Oak Brook, Ill.

**Hazard:** Surface paints on the toys can contain excessive levels of lead, violating the federal lead paint standard.

**Incidents/Injuries:** None reported.

**Description:** The recall involves five toys from the Thomas and Friends Wooden Railway product line: the all-black cargo car, toad vehicle, olive green sodor cargo box and all-green maple tree top and signal base accessories. The front of the packaging has the logo "Thomas & Friends Wooden Railway" in the upper left-hand corner. A tracking code may be located on the bottom of some of the products. Toys marked with codes containing "WJ" and "AZ" are not included in the recall.

### Recalled Product Name & Tracking Codes

| |
|---|
| **All-Black Cargo Car** – Included only in the Brendam Fishing Dock Set. The car is labeled "CARGO CAR" and has either no tracking code or one of the following codes on its undersides:<br><br>26833i    28233i    23243i00    24643i00    25343i00    27443i00    32043i00<br><br>34743i00    01553i00    04553i00    13353i00    14753i00    15453i00    18353i00<br><br>Cargo cars sold in other sets are not included. |
| **Toad vehicle with brake lever** – The vehicle is labeled "TOAD" and has the tracking code 16560W00 on its underside. |
| **Olive Green Sodor Cargo Box** – The side of the cargo box says "SODOR", the box was included only in the |

http://www.cpsc.gov/cpscpub/prerel/prhtml07/07308.html                                  1/27/2008

| |
|---|
| Deluxe Cranky the Crane Set. |
| **All-Green Maple Tree Top and Green Signal Base Accessories** – Included only in Conductor's Figure 8 Sets. |

**Sold at:** Toy stores and various retailers nationwide from March 2003 through September 2007 for between $10 and $40.

**Manufactured in:** China

**Remedy:** Consumers should take the recalled toys away from young children immediately and contact RC2 Corp. for a replacement toy.

**Consumer Contact:** For additional information, contact RC2 toll-free at (866) 725-4407 between 8 a.m. and 5 p.m. CT Monday through Friday or visit the firm's Web site at http://recalls.rc2.com



All Black Cargo Car   "Toad" vehicle with brake lever   Olive Green Sodor Cargo Box

All Green Maple Tree Top   Green Signal Base

---

Send the link for this page to a friend! The U.S. Consumer Product Safety Commission is charged with protecting the public from unreasonable risks of serious injury or death from more than 15,000 types of consumer products under the agency's jurisdiction. Deaths, injuries and property damage from consumer product incidents cost the nation more than $800 billion annually. The CPSC is committed to protecting consumers and families from products that pose a fire, electrical, chemical, or mechanical hazard. The CPSC's work to ensure the safety of consumer products - such as toys, cribs, power tools, cigarette lighters, and household chemicals - contributed significantly to the decline in the rate of deaths and injuries associated with consumer products over the past 30

RC2 Corp. Recalls Additional Thomas & Friends™ Wooden Railway Toys Due to Violat... Page 3 of 3

Case 1:07-cv-07184    Document 7-30    Filed 01/28/2008    Page 4 of 4

years.

To report a dangerous product or a product-related injury, call CPSC's hotline at (800) 638-2772 or CPSC's teletypewriter at (800) 638-8270, or visit CPSC's web site at www.cpsc.gov/talk.html. To join a CPSC email subscription list, please go to https://www.cpsc.gov/cpsclist.aspx. Consumers can obtain this release and recall information at CPSC's Web site at www.cpsc.gov.