IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE RC2 CORP TOY LEAD PAINT PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>All Actions | MDL No. 1893<br>Lead Case No. 07 C 3514<br><br>Judge Harry D. Leinenweber |

## NOTICE OF MOTION

To: All Counsel of Record

  PLEASE TAKE NOTICE THAT on Thursday, January 31, 2008 at 11:00 a.m. or as soon as counsel may be heard, Plaintiffs shall present PLAINTIFFS' EMERGENCY MOTION FOR PRELIMINARY INJUNCTION PURSUANT TO THE ALL WRITS ACT in Courtroom 1941 before the Honorable Harry D. Leinenweber at the United States District Court For The Northern District Of Illinois located at 219 S. Dearborn St., Chicago, IL 60604. You are welcome to attend and participate.

Dated: January 28, 2008            Respectfully submitted,

By:  **/s/ Elizabeth A. Fegan**

Elizabeth A. Fegan
Timothy P. Mahoney
Daniel J. Kurowski
HAGENS BERMAN SOBOL SHAPIRO LLP
820 North Blvd, Suite B
Oak Park, Illinois 60301
(708) 776-5600
(708) 776-5601 (fax)
E-mail: beth@hbsslaw.com
E-mail: timm@hbsslaw.com
E-mail: dank@hbsslaw.com

Steve W. Berman
Ivy Arai
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, Washington 98101
(206) 623-7292
E-mail: steve@hbsslaw.com
E-mail: ivy@hbsslaw.com

Laurence D. King
Linda M. Fong
KAPLAN FOX & KILSHEIMER LLP
555 Montgomery Street
Suite 1501
San Francisco, CA 94111

Frederic S. Fox
Donald R. Hall
KAPLAN FOX & KILSHEIMER LLP
805 Third Avenue
New York, NY 10022

William N. Riley
Jamie Kendall
PRICE WAICUKAUSKI & RILEY, LLC
301 Massachusetts Ave
Indianapolis, Indiana 46204

*Interim Lead Counsel for the Class*

## **CERTIFICATE OF SERVICE**

I, Elizabeth A. Fegan, an attorney, hereby certify that a true and correct copy of the foregoing PLAINTIFFS' EMERGENCY MOTION FOR PRELIMINARY INJUNCTION PURSUANT TO THE ALL WRITS ACT, together with all attachments thereto, was served upon all counsel of record via CM/ECF on this 28th day of January 2008.

**/s/ Elizabeth A. Fegan**
Elizabeth A. Fegan, Esq