**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

|  |  |  |
|---|---|---|
| IN RE RC2 CORP. TOY LEAD PAINT PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | CASE NO. 07-CV-7184 (N.D. Ill.)  MDL NO. 1893  JUDGE LEINENWEBER |

**[PROPOSED] CASE MANAGEMENT ORDER NO. 2 TO PROTECT THE INTEGRITY**
**OF THE MDL PROCEEDINGS**

IT IS HEREBY ORDERED AS FOLLOWS:

1.      Plaintiffs' Motion For Entry of Case Management Order No. 2 is GRANTED.

2.      To protect the integrity of the MDL process, Defendants shall notify the Plaintiffs and the Court in writing of any attempts to settle any of the claims before this Court in another jurisdiction upon commencement of such discussions, including any further discussions to amend, revise, or renegotiate the purported settlement in *Barrett v. RC2 Corp.*, No. 07 CH 20924 (Cir. Ct. Cook County).  Failure to do so may result in injunctive relief, contempt sanctions, and refusal to give any judgment preclusive effect.

Dated: _____, 2008

ENTERED:

_____
Hon. Harry D. Leinenweber

Order Submitted By:
Elizabeth A. Fegan, Esq.
Daniel J. Kurowski, Esq.
HAGENS BERMAN SOBOL SHAPIRO LLP
820 North Boulevard, Suite B
Oak Park, IL  60301
Tel. 708-776-5604
Fax. 708-776-5601
beth@hbsslaw.com
dank@hbsslaw.com