Order                                                      CCG N002-300M-2/24/05 (                    )

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Byron Barrett, individually and on
behalf of all others Similarly situated

v.                                     } No. 07 CH 20924

RCZ Corporation

**ORDER**

This matter having come before the Court on Plaintiffs Emergency
Motion for Rule to Show Cause Against Hagens Berman, Sobol + Shapiro LLC,
Counsel for Plaintiffs ~~being~~ + Defendant being present, Proposed Intervenors
Hagens Berman Sobol + Shapiro being present through Counsel and the Court,
having heard argument on the record + being duly advised, ORDERS
AS FOLLOWS:

1. Plaintiff's Motion for Rule to Show Cause + for a TRO are DENIED;

2. Proposed Intervener's Motion to Stay Notice IS GRANTED, and the
Parties are ordered to rescind any pending notice + refrain from
issuing any further notice

3. Parties' Agreed Motion to Amend Settlement Agreement + Notice is Denied
without prejudice,

4. This matter is continued for presentment of Proposed Intervenor's
Petition to Intervene on Thursday, January 31, 2008 at 9:30 am in
Room 2302;

5. Parties to send copies of all future filings to E. Fegan of Hagens Berman
Sobol + Shapiro LLP

Atty. No.: 44146

Name: KAMBER EDELSON LLC                    **ENTERED:**

Atty. for: Plaintiffs

Dated: ~~ENTERED~~, 2008

Address: 53 W. Jackson, Suite 1530          JUDGE WILLIAM O. MAKI-1604

City/State/Zip: Chicago IL 60604                    JAN 29 2008

Judge    DOROTHY BROWN
         CLERK OF THE CIRCUIT COURT    Judge's No.
         OF COOK COUNTY, IL
         DEPUTY CLERK

Telephone: (312) 589-6370

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**