**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

|  |  |
|---|---|
| IN RE RC2 CORP. TOY LEAD PAINT PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | CASE NO. 07-CV-7184 (N.D. Ill.)  MDL NO. 1893  JUDGE LEINENWEBER |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE THAT on Thursday, January 31, 2008 at 11:00 a.m. or as soon as counsel may be heard, Plaintiffs shall present MOTION FOR ENTRY OF CASE MANAGEMENT ORDER NO. 2 TO PROTECT THE INTEGRITY OF THE MDL PROCESS in Courtroom 1941 before the Honorable Harry D. Leinenweber, at the United States District Court For The Northern District Of Illinois located at 219 S. Dearborn St., Chicago, IL 60604. You are welcome to attend and participate.

Dated: January 29, 2008               Respectfully submitted,


                                      By:  /s/ Elizabeth A. Fegan

                                      Elizabeth A. Fegan
                                      Daniel J. Kurowski
                                      HAGENS BERMAN SOBOL SHAPIRO LLP
                                      820 North Blvd, Suite B
                                      Oak Park, Illinois 60301
                                      (708) 776-5600
                                      (708) 776-5601 (fax)
                                      E-mail: beth@hbsslaw.com
                                      E-mail: timm@hbsslaw.com
                                      E-mail: dank@hbsslaw.com

                                      Steve W. Berman
                                      Ivy Arai
                                      HAGENS BERMAN SOBOL SHAPIRO LLP
                                      1301 Fifth Avenue, Suite 2900
                                      Seattle, Washington 98101
                                      (206) 623-7292
                                      E-mail: steve@hbsslaw.com

E-mail: ivy@hbsslaw.com

Laurence D. King
Linda M. Fong
KAPLAN FOX & KILSHEIMER LLP
555 Montgomery Street
Suite 1501
San Francisco, CA  94111

Frederic S. Fox
Donald R. Hall
KAPLAN FOX & KILSHEIMER LLP
805 Third Avenue
New York, NY  10022

William N. Riley
Jamie Kendall
PRICE WAICUKAUSKI & RILEY, LLC
301 Massachusetts Ave
Indianapolis, Indiana 46204

*Interim Lead Counsel for the Class*

## **CERTIFICATE OF SERVICE**

  I, Elizabeth A. Fegan, an attorney, hereby certify that a true and correct copy of the foregoing PLAINTIFFS' NOTICE OF MOTION for the MOTION FOR ENTRY OF CASE MANAGEMENT ORDER NO. 2 was served on counsel via CM/ECF and counsel on the following Service List via e-mail on January 29, 2008:

Bart Thomas Murphy, Esq.
ICE MILLER LLP
2300 Cabot Drive
Suite 455
Lisle, IL  60532
Bart.murphy@icemiller.com

James Petersen, Esq.
Katherine A. Winchester, Esq.
Judy S. Okenfuss, Esq.
ICE MILLER LLP
One American Square
Suite 3100
Indianapolis, IN  46282-0200
James.peterson@icemiller.com
Katherine.winchester@icemiller.com
Judy.okenfuss@icemiller.com

*Counsel for Defendants in MDL 1893 and Barrett*

        /s/ Elizabeth A. Fegan
          Elizabeth A. Fegan