IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| **In Re RC2 Corp. Toy Lead Paint Products Liability Litigation** | ) ) ) ) ) ) | Case No. 1:07-CV-07184<br>MDL 1893<br><br>Judge Leinenweber |

## NOTICE OF FILING OF APPEARANCE

PLEASE TAKE NOTICE that on Wednesday, January 30, 2008, the undersigned filed his Appearance as attorney for Brenda Maya Singer, individually and on behalf of all others similarly situated.

By:     /s/ Ben Barnow

Ben Barnow
BARNOW AND ASSOCIATES, P.C.
One North LaSalle Street, Suite 4600
Chicago, IL  60602
(312) 621-2000

**Certificate of Service By Electronic Means**

I, Ben Barnow, hereby certify that the foregoing Notice of Filing of Appearance and the Appearance referenced therein were caused to be served electronically on this 30th day of January 2008, pursuant to ECF as to Filing users and that I shall comply with LR 5.5 as to any party who is not a filing user or represented by a filing user.

/s/ Ben Barnow