**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number:  **07-cv-07184** |

RC2 Corp. Toy Lead Paint Products Liability Litigation

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Byron Barrett

| |
|---|
| NAME (Type or print) <br> Ethan Preston |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/Ethan Preston |
| FIRM <br> KamberEdelson, LLC |
| STREET ADDRESS <br> 53 West Jackson, Suite 1530 |
| CITY/STATE/ZIP <br> Chicago, Illinois 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6278271 | TELEPHONE NUMBER <br> (312) 589-6370 |
|---|---|

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO **X** |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES **X**   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO **X** |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO **X** |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐