UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:<br>RC2 CORP. TOY LEAD PAINT<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1893 ALL CASES<br><br>Case No. 07 C 7184<br><br>Judge Leinenweber |

## NOTICE OF PRESENTMENT OF DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS IN TRANSFERRED ACTIONS

PLEASE TAKE NOTICE THAT on February 7, 2008 at 9:00 a.m., or as soon as counsel may be heard, the Defendants, RC2 Corporation and Learning Curve Brands, Inc. (collectively, "RC2") shall present their Notice of Presentment of Defendants' Motion for Extension of Time to File Responsive Pleadings in Transferred Actions before the Honorable Harry D. Leinenweber, at the United States District Court for the Northern District of Illinois located at 219 S. Dearborn Street, Chicago, IL 60604. You are welcome to attend and participate.

Dated: February 5, 2008

                Respectfully submitted,

                ICE MILLER

                *s/ Judy S. Okenfuss*
                Judy S. Okenfuss
                *Attorney for Learning Curve Brands Inc.*
                *and RC2 Corporation*

Judy S. Okenfuss
James L. Petersen
ICE MILLER LLP
One American Square

Suite 3100
Indianapolis, IN  46282

Bart T. Murphy
ICE MILLER LLP
2300 Cabot Drive, Suite 455
Lisle, IL  60532
(630) 955-0555

2

3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 5th day of February, 2008, a copy of the foregoing has been filed electronically using the Court's CM/ECF system which sent electronic notification of this filing to the following counsel for Plaintiffs:

      Elizabeth A. Fegan   beth@hbsslaw.com

      Jack Reise   jreise@csgrr.com

      Joe R. Whatley, Jr.   jwhatley@wdklaw.com

      Robert James Pavich   rpavich@monicopavich.com

      Thomas A. Zimmerman, Jr.   tom@attorneyzim.com

      William N. Riley   wirliey@price-law.com

      Ben Barnow   b.barnow@barnowlaw.com

      Ethan M. Preston   ep@eplaw.us

                                      *s/ Judy S. Okenfuss*
                                      Judy S. Okenfuss
                                      ICE MILLER LLP
                                      One American Square
                                      Suite 3100
                                      Indianapolis, IN  46282
                                      (317) 236-2115

I/2076076.1