# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7184 | **DATE** | 1/31/2008 |
| **CASE TITLE** | In Re: In Re: RC2 Corp. Toy Lead Paint (MDL 1893) | | |

**DOCKET ENTRY TEXT**

Responses to the Emergency Motion for Preliminary Injunction to be filed by 2/8/2008. Reply brief to be filed by 2/13/2008. The Court will rule orally on 2/20/2008 at 9:00 a.m. The Clerk of the Court is directed to place the attached MDL Service List of attorneys on the court's docket to receive notices.

Docketing to mail notices.

01:00

Courtroom Deputy Initials: WAP

## MDL Service List For
## In re: RC2 Corp. Toy Lead Paint Products Liability Litigation, No. 07-07184

*Interim Co-Lead Counsel for the Plaintiffs in MDL 1893*

Elizabeth A. Fegan, Esq.
Timothy P. Mahoney, Esq.
Daniel J. Kurowski, Esq.
HAGENS BERMAN SOBOL SHAPIRO LLP
820 North Boulevard, Suite B
Oak Park, IL 60301
beth@hbsslaw.com
timm@hbsslaw.com
dank@hbsslaw.com

Steve W. Berman, Esq.
Ivy D. Arai, Esq.
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
steve@hbsslaw.com
ivy@hbsslaw.com

Laurence D. King, Esq.
Linda M. Fong, Esq.
KAPLAN FOX & KILSHEIMER LLP
350 Sansome St., Suite 400
San Francisco, CA 94104
LKing@kaplanfox.com
lfong@kaplanfox.com

Frederic S. Fox, Esq.
Donald R. Hall, Esq.
Christine Fox, Esq.
KAPLAN FOX & KILSHEIMER LLP
805 Third Avenue
New York, NY 10022
ffox@kaplanfox.com
dhall@kaplanfox.com
cfox@kaplanfox.com

William Riley, Esq.
Joseph N. Williams, Esq.
Jamie Kendall, Esq.
PRICE WAICUKAUSKI & RILEY, LLC
The Hammond Block Building
301 Massachusetts Avenue
Indianapolis, IN 46204
wriley@price-law.com
jwilliams@price-law.com
jkendall@price-law.com

*Additional Plaintiffs' Counsel in MDL 1893*

Robert M. Foote, Esq.
Mark A. Bulgarelli, Esq.
Craig S. Mielke, Esq.
FOOTE, MEYERS, MIELKE & FLOWERS, LLC
28 North First Street, Suite 2
Geneva, IL 60134
rmf@foote-meyers.com
mbulgarelli@foote-meyers.com
csm@foote-meyers.com

Kathleen Currie Chavez, Esq.
CHAVEZ LAW FIRM P.C.
28 North First Street, #2
Geneva, IL 60134
gkeg4@aol.com

Nicholas B. Roth, Esq.
EYSTER KEY TUBB ROTH MIDDLETON & ADAMS LLP
402 East Moulton Street, S.E.
Decatur, AL 35602
nbroth@eysterkey.com

Joe R. Whatley, Esq.
Joseph P. Guglielmo, Esq.
Edith Kallas, Esq.
Mitchell M. Breit, Esq.
WHATLEY DRAKE & KALLAS
1540 Broadway, 37th Floor
New York, New York 10036
jwhatley@wdklaw.com
jguglielmo@wdklaw.com
ekallas@whatleydrake.com
mbreit@whatleydrake.com

Kenneth A. Wexler, Esq.
Edward A. Wallace, Esq.
Andrae P. Reneau, Esq.
WEXLER TORISEVA WALLACE LLP
1 North LaSalle Street, Suite 2000
Chicago, IL 60602
kaw@wtwlaw.us
eaw@wtwlaw.us
apr@wtwlaw.us

Mark J. Tamblyn, Esq.
WEXLER TORISEVA WALLACE LLP
1610 Arden Way, Suite 290
Sacramento, CA 95815
mjt@wtwlaw.us

Alex G. Streett, Esq.
James A. Streett, Esq.
STREETT LAW FIRM, P.A.
107 West Main St;
Russellville, AR 72811
alex@streettlaw.com
james@streettlaw.com

Robert James Pavich, Esq.
John J. Pavich, Esq.
Melanie Fairman, Esq.
MONICO, PAVICH & SPEVACK
20 South Clark Street, Suite 700
Chicago, IL 60603
rpavich@monicopavich.com
jpavich@monicopavich.com
mfairman@monicopavich.com

Kevin Barry Rogers, Esq.
LAW OFFICES OF KEVIN ROGERS
307 North Michigan Avenue, Suite 305
Chicago, IL 60601
rogers-law@sbcglobal.net

Thomas A. Zimmerman, Jr., Esq.
Hugh Green, Esq.
ZIMMERMAN AND ASSOCIATES
100 West Monroe, Suite 1300
Chicago, IL 60603
tom@attorneyzim.com
hugh@attorneyzim.com

Thomas M. Ferlauto, Esq.
KING & FERLAUTO
1880 Century Park East
Suite 820
Los Angeles, CA 90067-1672
tmf@kingferlauto.com

Jeffrey A. Cooke, Esq.
THE COOKE LAW OFFICE
Po Box 188
331 Columbia Street
Lafayette, IN 47902
765.423.5628
765.423.1373 (Fax)
aaron@cookelaw.com

Peter S. Pearlman, Esq.
COHN, LIFLAND, PEARLMAN, HERRMANN &
KNOPF, LLP
Park 80 Plaza West One
Saddle Brook, NJ 07663
201.845.9600
psp@njlawfirm.com

Craig Stuart Lanza, Esq.
BALESTRIERE PLLC
225 Broadway
New York, NY 10011
clanza@balestriere.net

Gayle L Douglas, Esq.
W Lewis Garrison, Jr., Esq.
HENINGER GARRISON DAVIS LLC
2224 First Avenue North
PO Box 11310
Birmingham, AL 35202
gdouglas@hgdlawfirm.com
wlgarrison@hgdlawfirm.com

Russell Davy Carter, III, Esq.
Post Office Box 628
Cabot, AR 72023
501-941-8946
davy.carter@gmail.com

Howard Mitchell Bushman, Esq.
Lance August Harke, Esq.
Sarah Becket Clasby, Esq.
HARKE & CLASBY
155 S Miami Avenue
Suite 600
Miami, FL 33130
hbushman@harkeclasby.com
lharke@harkeclasby.com
sengel@harkeclasby.com

John S. Steward, Esq.
BURSTEIN LAW FIRM, P.C.
225 S. Meramec
Suite 925
Clayton, MO 63105
glaw123@aol.com

John J. Stoia, Jr.
COUGHLIN STOIA GELLER RUDMAN &
ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
jstoia@csgrr.com

Jack Reise, Esq.
COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
jreise@csgrr.com

J. Timothy Eaton, Esq.
James D. Wilson, Esq.
SHEFSKY & FROELICH, LTD.
111 East Wacker, Suite 2800
Chicago, Illinois 60601
teaton@shefskylaw.com
jwilson@shefskylaw.com

*Counsel for Defendants in MDL 1893 and Barrett*

Bart Thomas Murphy, Esq.
ICE MILLER LLP
2300 Cabot Drive
Suite 455
Lisle, IL 60532
Bart.murphy@icemiller.com

James Petersen, Esq.
Katherine A. Winchester, Esq.
Judy S. Okenfuss, Esq.
ICE MILLER LLP
One American Square
Suite 3100
Indianapolis, IN 46282-0200
James.peterson@icemiller.com
Katherine.winchester@icemiller.com
Judy.okenfuss@icemiller.com

*Counsel for Byron Barrett in No. 07 CH 20924 (Cook County)*

William M. Audet, Esq.
AUDET & PARTNERS, LLP
221 Main Street
Suite 1460
San Francisco, CA 94105
waudet@audetlaw.com

Jay Edelson, Esq.
KAMBEREDELSON, LLC
53 W. Jackson Blvd.
Suite 1530
Chicago, IL 60604
 (312) 589-6378 (Fax)
jedelson@kamberedelson.com

Gino L. DiVito, Esq.
TABET DIVITO & ROTHSTEIN LLC
The Rookery Building
209 S. LaSalle St.
7th Floor
Chicago, IL 60304
gdivito@tdrlawfirm.com

*Coordinated State Court Action Counsel Coordinated with Barrett Counsel*

B.J. Wade, Esq.
GLASSMAN, EDWARDS, WADE & WYATT, P.C.
26 North Second St.
Memphis, TN 38103
info@gewwlaw.com

William H. Garvin, Esq.
GARVIN & MILES
1582 Village Square Blvd.
Tallahassee, FL 32309
www.garvinlawfirm.com

Mark C. Gardy, Esq.
GARDY & NOTIS
440 Sylvan Ave.
Suite 110
Englewood Cliffs, NJ 07632
mgardy@gardylaw.com

for In re: RC2 Corp Toy Lead  07C7184

Counsel for Byron Barrett in No. 07 CH 20924 (Cook County)

William M. Audet, Esq.
AUDET & PARTNERS, LLP
221 Main Street
Suite 1460
San Francisco, CA 94105
waudet@audetlaw.com

Jay Edelson, Esq.
KAMBEREDELSON, LLC
53 W. Jackson Blvd.
Suite 1530
Chicago, IL 60604
 (312) 589-6378 (Fax)
jedelson@kamberedelson.com

Gino L. DiVito, Esq.
TABET DIVITO & ROTHSTEIN LLC
The Rookery Building
209 S. LaSalle St.
7th Floor
Chicago, IL 60304
gdivito@tdrlawfirm.com