# EXHIBIT 3

Murphy, Bart

From: Beth Fegan [beth@hbsslaw.com]
Sent: Thursday, November 08, 2007 6:04 PM
To: Murphy, Bart
Subject: RC2: informal data request for settlement purposes

Bart,

Per our discussion yesterday and in order to allow us to formulate a settlement demand, set forth below is our informal request (or wish list) for data. The more information you can provide, the more vetted our initial demand will be.

* the total number of tainted toy units that were subject to any recall
* the number of tainted toy units actually sold to consumers
* the number of tainted toy units actually sent to consumers by rc2 during the recall program
* the number of tainted toy units returned to rc2 by consumers
* the average number of tainted toy units returned to rc2 per consumer
* the number of tainted toy units returned to rc2 from retail stores
* the range of retail prices for the tainted toy units
* the average retail price of the tainted toy units
* the total retail value of the tainted toy units
* any estimates by rc2 of the average number of tainted toy units held per consumer
* any estimates of the number of consumers that purchased tainted toy units

Thanks Bart. Feel free to give me a call if you are more comfortable discussing these numbers in the first instance by phone.

Beth

Elizabeth A. Fegan
Hagens Berman Sobol Shapiro LLP
820 North Blvd, Suite B
Oak Park, Illinois 60301
708-776-5604
708-776-5601 (fax)
www.hbsslaw.com

1