# EXHIBIT 6

**Murphy, Bart**

| | |
|---|---|
| From: | Beth Fegan [beth@hbsslaw.com] |
| Sent: | Monday, January 28, 2008 1:40 PM |
| To: | Murphy, Bart; Petersen, James; Okenfuss, Judy; Winchester, Katherine |
| Cc: | Alex Streett; Andrae Reneau; Beth Fegan; Bob Foote; Christine Fox; Craig Lanza 2; Dan Kurowski; Edith Kallas; Edward Wallace; Fred Fox; Gayle Douglas; Howard M. Bushman; Hugh Green; Ivy Arai; J. Timothy Eaton; Jack Reise; James D. Wilson; james@streettlaw.com; Jaime Kendall; Jeffrey Cooke; Joe Guglielmo; Joe Whatley; Joe Williams; John Steward; John Stoia; Kathleen Currie Chavez; Kenneth Wexler; Kevin Rogers; Larry King; lharke@harkeclasby.com; Mark Bulgarelli; Mark Tamblyn; Melanie Fairman; Mitchell Breit; Nick Roth; Peter Pearlman; Robert Pavich; Russell Davy Carter III; sengel@harkeclasby.com; Steve Berman; Thomas Ferlauto; Tim Mahoney; Tom Zimmerman; W. Lewis Garrison Jr.; William N. Riley Esquire |
| Subject: | FW: In re Thomas Trains - Federal Court Filing (Email 1 of 4) |
| Attachments: | RC2 - All Writs Notice of Motion.pdf; RC2 - Motion For Injunction.pdf; RC2 -Memo In Support.pdf |

**From:** Teresa Beatty
**Sent:** Monday, January 28, 2008 1:29 PM
**To:** Beth Fegan
**Subject:** In re Thomas Trains - Federal Court Filing (Email 1 of 3)

*Teresa Beatty*
Hagens Berman Sobol Shapiro LLP
820 North Boulevard
Suite B
Oak Park, IL 60301
(708) 776-5609
(708) 776-5601 (fax)
teresab@hbsslaw.com

2/7/2008