# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

RC2 Corp. Toy Lead Paint Products Liability Litigation, et al.

    Plaintiff,

v.

Case No.: 1:07−cv−07184

Honorable Harry D. Leinenweber

RC2 Corporation

    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 7, 2008:

MINUTE entry before Judge Harry D. Leinenweber :Defendants' Motion for leave to file brief in excess of fifteen pages[19] is granted. Defendants' Motion for extension of time to file responsive pleadings in transferred actions [20] is granted. Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.