**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE RC2 CORP. TOY LEAD PAINT PRODUCTS LIABILITY LITIGATION** | Case No. 07 cv 7184<br><br>MDL No. 1893<br><br>JUDGE LEINENWEBER |

**NOTICE OF UNOPPOSED MOTION FOR LEAVE TO
FILE BRIEF IN EXCESS OF FIFTEEN PAGES**

PLEASE TAKE NOTICE THAT on Tuesday, February 19, 2008 at 9:30 a.m., or as soon as counsel may be heard, MDL Plaintiffs shall present their Motion for Leave to File Brief in Excess of Fifteen Pages in Courtroom 1941 before the Honorable Harry D. Leinenweber, at the United States District Court for the Northern District of Illinois located at 219 S. Dearborn Street, Chicago, IL 60604. You are welcome to attend and participate.

DATED: February 13, 2008

                                                        Respectfully submitted

                                                By:　/s/ Elizabeth A. Fegan
                                                       Elizabeth A. Fegan
                                                       Timothy P. Mahoney
                                                       Daniel J. Kurowski
HAGENS BERMAN SOBOL SHAPIRO LLP
820 North Boulevard, Suite B
Oak Park, IL 60301
Telephone: (708) 776-5600
Facsimile: (708) 775-5601
E-mail: beth@hbsslaw.com
E-mail: timm@hbsslaw.com
E-mail: dank@hbsslaw.com

Steve W. Berman
Ivy D. Arai
HAGENS BERMAN SOBOL SHAPIRO LLP

- 2 -

1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
E-mail: steve@hbsslaw.com
E-mail: ivy@hbsslaw.com

Laurence D. King
Linda M. Fong
KAPLAN FOX & KILSHEIMER LLP
555 Montgomery Street
Suite 1501
San Francisco, CA  94111

Frederic S. Fox
Donald R. Hall
KAPLAN FOX & KILSHEIMER LLP
805 Third Avenue
New York, NY  10022

William N. Riley
Joseph Williams
Jamie Kendall
PRICE WAICUKAUSKI & RILEY, LLC
301 Massachusetts Avenue
Indianapolis, IN  46204

*Interim Co-Lead Counsel for the Class*

- 2 -

- 3 -

## CERTIFICATE OF SERVICE

I, Elizabeth A. Fegan, an attorney, hereby certify that a true and correct copy of the foregoing NOTICE OF PRESENTMENT OF MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF FIFTEEN PAGES was served on counsel via CM/ECF and counsel on the following Service List via e-mail on February 13, 2008:

Bart Thomas Murphy, Esq.
ICE MILLER LLP
2300 Cabot Drive
Suite 455
Lisle, IL  60532
Bart.murphy@icemiller.com

James Petersen, Esq.
Katherine A. Winchester, Esq.
Judy S. Okenfuss, Esq.
ICE MILLER LLP
One American Square
Suite 3100
Indianapolis, IN  46282-0200
James.peterson@icemiller.com
Katherine.winchester@icemiller.com
Judy.okenfuss@icemiller.com

*Counsel for Defendants in MDL 1893 and Barrett*

       __/s/ Elizabeth A. Fegan_____
       Elizabeth A. Fegan

001975-11 223574 V1