# Exhibit 1

Case 1:07-cv-07184    Document 30-2    Filed 02/13/2008    Page 1 of 3

**Judicial Panel on Multidistrict Litigation - Docket Entry Report**                Printed on 02/12/2008

Docket: 1893 - IN RE: RC2 Corp. Toy Lead Paint Products Liability Litigation
Status: Transferred on 12/19/2007
Transferee District: ILN    Judge: Leinenweber, Harry D.

For: Entries Between 1 and 24

Page 1

| Pleading | File Date | Description |
|---|---|---|
| 1 | 08/28/2007 | MOTION -- BRIEF, SCHEDULE OF ACTIONS (10 actions) Filed by pltf. Abel Martinez -- SUGGESTED TRANSFEREE DISTRICT: C.D. California; SUGGESTED TRANSFOREE JUDGE: Judge A. Howard Matz - w/Exhibits 1-10, cert of svc& disk (trjs)   (Received on 08/22/2007) |
| 2 | 08/30/2007 | SECOND MOTION -- BRIEF, SCHEDULE OF ACTIONS (4 actions) Filed by defts. RC2 Corp. & Learning Curve Brands, Inc. - SUGGESTED TRANSFEREE DISTRICT: N.D. Illinois; SUGGESTED TRANSFEREE JUDGE: Judge Harry D. Leinenweber - w/OA Statement, Appearance of Judy S. Okenfuss, Esq., Exhibits A-N, cert of svc & disk (trjs) (Received on 08/24/2007) |
| 3 | 08/31/2007 | RESPONSE, MEMORANDUM -- (Re: pldgs.1&2) Filed by pltfs. Chad J. Sweeney, et al.; Channing Hesse; Kimm Walton; John O'Leary, et al.; Paul Djurisic, etc.; Theresa Reddell, et al.; James Weldon Stratton, et al.; Nicholas Rohde, et al.; Ryan R. Kreiner, et al.; Cherise Wilson, et al.; and C. Kelly - w/OA Statement, Exhibit A, Schedule of Actions, cert of svc , disk & letter (trjs)<br><br>Note: Docketed as a Response/Memorandum pursuant to Rule 7.2(h)   (Received on 08/27/2007) |
| 4 | 09/07/2007 | CORPORATE DISCLOSURE STATEMENT -- (re: pldg. 2) Filed by RC2 Corp. and Learning Curve Brands, Inc. (tb) (Received on 08/24/2007) |
| 5 | 09/10/2007 | CORPORATE DISCLOSURE STATEMENT -- (re: pldgs. 1&2) Filed by Toys "R" Us, Inc. (tb)   (Received on 09/07/2007) |
| 6 | 09/10/2007 | CORPORATE DISCLOSURE STATEMENT -- (re: pldgs. 1&2) Filed by Learning Curve International, Inc. (tb) (Received on 09/07/2007) |
| 7 | 09/10/2007 | APPEARANCE -- (RE: pldgs. 1&2) ELIZABETH A. FEGAN, ESQ. for Channing Hesse, John O'Leary, et al., Theresa Reddell, et al., Cherise Wilson, et al.; THOMAS M. FERLAUTO, ESQ. for Abel Martinez; FREDERIC S. FOX, ESQ. for Kimm Walton; BART MURPHY, ESQ. for Learning Curve International Inc.; JUDY OKENFUSS, ESQ. for Toys "R" Us, Inc.; JACK REISE, ESQ. for David Murdock; WILLIAM N. RILEY, ESQ. for Caryn Hudspeth, et al. & Robert Miller, et al.; JAMES A. STREETT, ESQ. for James Weldon Stratton, et al.; JOE R. WHATLEY, JR., ESQ. for Jennifer Foshee Deke & THOMAS A. ZIMMERMAN, JR., ESQ. for Nicholas Rohde, et al. - Notified involved counsel (trjs) |
| 8 | 09/19/2007 | RESPONSE -- (Re: pldg. 1) Filed by defts. RC2 Corp. & Learning Curve Brands, Inc. -w/ert of svc & disk (trjs) |
| 9 | 09/19/2007 | RESPONSE -- (Re: pldgs. 1&2) Filed by pltf. David Murdock, etc. -w/cert of svc & disk (trjs) |
| 10 | 09/19/2007 | SUPPLEMENTAL INFORMATION -- (Re: pldg. 3) Filed by pltfs. Chad J. Sweeney, et al., Channing Hesse, Kimm Walton, John O'Leary, et al., Paul Djurisic, etc., Theresa Reddell, et al., James Weldon Stratton, et al., Nicholas Rohde, et al., Ryan R. Kreiner, et al. Cherise Wilson, et al. & C. Kelley - w/Exhibits A-D. cert of svc & disk (trjs) |
| 11 | 09/19/2007 | RESPONSE, MEMORANDUM -- (Re: pldgs. 1&2) Filed by pltf. Jennifer Foshee Deke, etc. -w/Schedule of Actions, cert of svc & disk (trjs) |
| 12 | 09/25/2007 | REPLY -- (re: pldg. 11) Filed by defts. RC2 Corp. and Learning Curve Brands, Inc. -w/Exhibits A-C; cert of svc & disk (dls)   (Received on 09/24/2007) |
| 13 | 10/12/2007 | HEARING ORDER -- (re: pldgs. 1 & 2) Setting motions to transfer for Panel hearing on November 29, 2007 in San Diego, California - Notified involved counsel and judges (rh) |
| 14 | 10/19/2007 | NOTICE OF RELATED ACTION -- (2 actions) Signed by Judy S. Okenfuss, Esq., counsel for defts. RC2 Corp. and Learning Curve Brands, Inc. - Brian Deutsch, MOE 4:07-1689 & Mitchell Hungerpiller, et al., ALN 2:07-1805 -w/Attachments& cert of svc (trjs) |
| 15 | 11/06/2007 | SUPPLEMENTAL INFORMATION -- (Re: pldg. 11) Filed by pltf. Jennifer Foshee Deke -w/cert of svc & disk (trjs) |
| 16 | 11/08/2007 | SUPPLEMENTAL INFORMATION -- (Re: pldg. 9) Filed by pltf. David Murdock, etc. -w/cert of svc & disk (trjs) |
| 17 | 11/16/2007 | NOTICE OF RELATED ACTION -- (Re: pldgs. 1 & 2) Signed by Judy S. Okenfuss, Esq. counsel for defts. RC2 Corp. & Learning Curve Brands, Inc. -- April Wilson, etc., ARE 2:07-140 -w/cert of svc (trjs)   (Received on 11/14/2007) |
| 18 | 11/16/2007 | WITHDRAWAL OF COUNSEL -- (RE: pldg. 7) BART MURPHY, ESQ. withdraws as counsel for deft. Learning Curve International, Inc. and SUBSTITUTING JAMES L. PETERSEN, ESQ. - w/cert of svc (trjs)   (Received on 11/14/2007) |
| 19 | 11/28/2007 | HEARING APPEARANCES -- (re: pldg. 13) (For hearing on November 29, 2007 in San Diego, California) THOMAS M. FERLAUTO, ESQ. for Abel Martinez; JUDY S. OKENFUSS, ESQ. for RC2 Corp. and Learning Curve Brands, Inc.; |

*(Docket 1,893 Pleading Entries Cont'd)*

| Pleading | File Date | Description |
|---|---|---|
|  |  | ELIZABETH A. FEGAN, ESQ. for Channing Hesse; John O'Leary, et al.; Theresa Reddell, et al.; and Cherise Wilson, et al.; FREDERIC S. FOX, ESQ. for Kimm Walton; and JOE R. WHATLEY, JR., ESQ. for Jennifer Foshee Deke (rh) |
| 20 | 11/28/2007 | WAIVERS OF ORAL ARGUMENT -- (re: pldg. 13) (For hearing on November 29, 2007 in San Diego, California) David Murdock, etc.; James Weldon Stratton, et al.; Ryan R. Kreiner, et al.; and Chad J. Sweeney, et al. (rh) |
| 21 | 12/19/2007 | CONSENT ORDER -- Signed by Chief Judge James F. Holderman, Jr. in N.D. Illinois (dated 12/11/07) - Consenting to transfer of litigation to Judge Harry D. Leinenweber for coordinated or consolidated pretrial proceedings (mst) |
| 22 | 12/19/2007 | TRANSFER ORDER -- (re. pldg. 21) Transferring 5 actions to Judge Harry D. Leinenweber in N.D. Illinois - Stratton, et al., ARE 4:07-640; Martinez, CAC 2:07-5401; Sweeney, et al., INS 1:07-772; Murdock, etc., NJ 2:07-3376 & Kelly, NYE 1:07-2525 - Notified involved counsel, judges, Panel judges, misc recipients, publishers and clerks (mst) |
| 23 | 12/26/2007 | CONDITIONAL TRANSFER ORDER FILED TODAY -- (CTO-1) Hungerpillar, et al., ALN 2:07-1805; Wilson, etc., ARE 2:07-140; Singer, FLS 1:07-22271 & Deutsch, MOE 4:07-1689 - Notified involved counsel & judges (trjs) |
| 24 | 01/11/2008 | CTO FINAL TODAY -- (CTO-1) (Re: pldg. 23) Hungerpillar, et al., ALN 2:07-1805; Wilson, etc., ARE 2:07-140; Singer, FLS 1:07-22271 & Deutsch, MOE 4:07-1689 - Notified involved judges & clerks (trjs) |