# Exhibit 3

1 of 2 DOCUMENTS

Copyright 2007 Law Bulletin Publishing Company
All Rights Reserved
Chicago Daily Law Bulletin

October 19, 2007 Friday

**SECTION:** Pg. 3

**LENGTH:** 223 words

**HEADLINE:** Around town

**BODY:**

The Center for Intellectual Property Law and the Center for Tax Law and Employee Benefits at The John Marshall Law School are co-hosting "The Patenting of Tax Strategies: When the Worlds of IP & Tax Attorneys Collide" at noon on Tuesday in room 1200 at the law school, 315 S. Plymouth Court.

Presenters are Richard Gruner, director of the Center for Intellectual Property Law, and Mary Lee Turk, a partner in McDermott Will & Emery LLP.

The event costs $25 for those registering for continuing legal education credit. To attend, call (312) 987-1420 or send an e-mail message to events@jmls.edu

-

DePaul University College of Law and The International Institute for Animal Law will host "How Much is Fido/Fluffy Worth?" from noon to 2 p.m. on Thursday.

The discussion will address animal valuation issues raised by pet food recalls and other litigation.

Panelists are Victor Schwartz, attorney and co-author of the torts casebook Prosser, Wade & Schwartz's Torts; Chris Green, attorney and author of the Animal Law Review article "The Future of Veterinary Malpractice Liability in the Care of Companion Animals;" DePaul University College of Law professor Margit Livingston, and Jay Edelson of Blim & Edelson LLC.

The event costs $40, includes lunch and is eligible for two MCLE credit hours. To attend, send an e-mail message to ctravis2@depaul.edu

**LOAD-DATE:** October 22, 2007