# Exhibit 4

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE THOMAS AND FRIENDS™ WOODEN RAILWAY TOYS LITIGATION<br><br>This Document Relates To:<br><br>*Hesse v. Learning Curve Brands, Inc., et al.*, No. 07 C 3514;<br><br>*Deke v. RC2 Corp. et al.*, No. 07 CV 3609;<br><br>*Walton v. RC2 Corp. et al.*, No. 07 CV 3614;<br><br>*O'Leary v. Learning Curve Brands, Inc.*, No. 07 C 3682;<br><br>*Djurisic v. Apax Partners, Inc., et al.*, No. 07 C 3707;<br><br>*Reddell v. Learning Curve Brands, Inc., et al.*, No. 07 C 3747;<br><br>*Rhode v. Learning Curve Brands, Inc., et al.*, No. 07 C 4187;<br><br>*Kreiner v. RC2 Corp., et al.*, No. 07 C4547;<br><br>*Wilson v. RC2 Corp., et al.*, No. 07 CV 4642 | No. 07 C 3514<br><br>Judge Leinenweber |

## RC2'S INITIAL DISCLOSURES UNDER FRCP 26(A)(1)

Defendants, RC2 Corporation and Learning Curve Brands, Inc.[1] (collectively "RC2"), by counsel, and pursuant to Federal Rule of Civil Procedure 26(a)(1), provide the following disclosures:

---

[1] Plaintiffs have not included a caption with their "First Amended Consolidated Complaint of the Consensus Plaintiffs' Group" that states the defendants in this case. It is the intention of Defendants to provide these disclosures on behalf of all defendants.

## PRELIMINARY STATEMENT

1. These initial disclosures are based upon information reasonably available to the RC2 at this time. RC2's investigation into Plaintiffs' claims is continuing. RC2 reserves the right to make supplemental and subsequent disclosures as information becomes available in the course of investigation and discovery.

2. In making its initial disclosures, RC2 does not waive any objections based upon relevance, materiality, competence, privilege, immunity from disclosure, or any other grounds.

## INITIAL DISCLOSURES

### 26(a)(1)(A).   Individuals Likely to Have Discoverable Information

All disclosed individuals are employees of RC2 and may be reached through counsel for RC2, Ice Miller LLP. The individuals named in paragraphs 1 through 8 are employed at RC2's headquarters, 1111 West 22nd Street, Oak Brook, Illinois 60523. The individuals named in paragraphs 9-11 are employed at RC2's facilities in China.

1. Joseph Gheith
   Product Integrity Manager
   Quality Control/Quality Assurance; Product Testing

2. Peter J. Henseler
   President of RC2 Corporation
   General Administration and Organization; Corporate Structure; Recall of Thomas & Friends ™ Wooden Railway Toys; Marketing; Manufacturing; Quality Control/Quality Assurance; Product Testing

3. Greg Kilrea
   Chief Operations Officer of RC2 Corporation
   Recall of Thomas & Friends ™ Wooden Railway Toys, including Recall Statistics and Recall Procedures; Quality Control/Quality Assurance; Product Testing

4. Joal Kjarsgaard
   Team Leader Wooden Train Play
   Thomas Product Line; Marketing

5.  Sarah Meltzer
    Consumer Marketing Manager
    Recall of Thomas & Friends ™ Wooden Railway Toys

6.  Greg Miller
    Senior Vice President – Consumer Groups
    Recall of Thomas & Friends ™ Wooden Railway Toys; Thomas Product Line

7.  Curtis W. Stoelting
    Chief Executive Officer of RC2 Corporation
    General Administration and Organization; Corporate Structure; Recall of Thomas & Friends ™ Wooden Railway Toys; Manufacturing; Quality Control/Quality Assurance; Product Testing

8.  Jody Taylor
    Chief Financial Officer of RC2 Corporation
    Financial Matters; Product Testing; General Administration and Organization

9.  Eric Chan
    Director of QA/QC, HK
    Quality Assurance and Quality Control

10. Helena Lo
    Managing Director, HK
    General Operations of RC2 in China, including Manufacturing and Shipping

11. Kelvin Neg
    Senior VP Product Development and Engineering, HK
    Product Development and Engineering in China at HK

12. Representatives of Overseas Winner
    Manufacturing Specifications and Suppliers

13. Representatives of 3i Corporation
    Manufacturing Specifications and Suppliers

14. Representatives of Wing Shein
    Paint Manufacturing and Specifications

15. Personnel of Bureau Veritas Consumer Products Services, Inc.
    Product Testing and Test Data

16. Personnel of Intertek
    Product Testing and Test Data

**26(a)(1)(B).   Description by Category and Location of Documents and Things**

1. Thomas & Friends ™ Wooden Railway Toys returned to RC2 pursuant to the voluntary recalls. The toys are currently being collected and will be stored at a location(s) within RC2's custody, possession and control.

2. Documents related to Thomas & Friends ™ Wooden Railway Toys returned to RC2 pursuant to the voluntary recalls. These documents are located in RC2 Corporation's headquarters in Oak Brook, Illinois.

3. Documents related to product testing. These documents are located in RC2 Corporation's headquarters in Oak Brook, Illinois, RC2's facility in Dyersville, Iowa, and/or in RC2's facilities in China.

4. Documents related to manufacturing specifications and agreements. These documents are located in RC2 Corporation's headquarters in Oak Brook, Illinois, RC2's facility in Dyersville, Iowa, and/or in RC2's facilities in China.

### 26(a)(1)(C).   Computation of Damages

RC2 has not asserted an affirmative claim for damages against Plaintiffs at this time; however, RC2 reserves the right to do so in the future. Moreover, RC2 seeks recovery of their costs incurred in this lawsuit as permitted by applicable law.

### 26(a)(1)(D).   Insurance Agreements

RC2 is currently analyzing which of its insurance policies might provide coverage that may be used to "satisfy all or part of a judgment which may be entered in the current action." Fed. R. Civ. P. 26(a)(1)(D). RC2 expects to complete this analysis by November 2, 2007, and thereafter will produce any such insurance agreement for inspection and copying at a mutually agreeable time.

Dated: October 26, 2007

                        Respectfully submitted,

                        ICE MILLER

                        _____
                        James L. Petersen
                        *Attorney for Learning Curve Brands Inc.*
                        *and RC2 Corporation*

ICE MILLER LLP
One American Square
Suite 3100
Indianapolis, IN 46282
(317) 236-2100

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served via U.S. Mail on the 26th day of October, 2007, to all counsel of record in the following cases:

*Hesse v. Learning Curve Brands, Inc., et al.*, No. 07 C 3514;

*Deke v. RC2 Corp. et al.*, No. 07 CV 3609;

*Walton v. RC2 Corp. et al.*, No. 07 CV 3614;

*O'Leary v. Learning Curve Brands, Inc.*, No. 07 C 3682;

*Djurisic v. Apax Partners, Inc., et al.*, No. 07 C 3707;

*Reddell v. Learning Curve Brands, Inc., et al.*, No. 07 C 3747;

*Rhode v. Learning Curve Brands, Inc., et al.*, No. 07 C 4187;

*Kreiner v. RC2 Corp., et al.*, No. 07 C4547;

*Wilson v. RC2 Corp., et al.*, No. 07 CV 4642

James L. Petersen
ICE MILLER LLP
One American Square
Suite 3100
Indianapolis, IN 46282
(317) 236-2115
e-mail: judy.okenfuss@icemiller.com

I/2031007.1