# **<u>Exhibit 7</u>**

Case 1:07-cv-07184   Document 30-8   Filed 02/13/2008   Page 1 of 2

# Beth Fegan

**From:** Beth Fegan
**Sent:** Tuesday, November 13, 2007 11:55 AM
**To:** Beth Fegan; 'bart.murphy@icemiller.com'
**Subject:** RE: RC2: informal data request for settlement purposes

Hi Bart -

Can you give us an ETA on when you think you will be able to provide us with information? No pressure; just managing our expectations.

Thanks,
Beth

**From:** Beth Fegan
**Sent:** Thursday, November 08, 2007 6:04 PM
**To:** bart.murphy@icemiller.com
**Subject:** RC2: informal data request for settlement purposes

Bart,

Per our discussion yesterday and in order to allow us to formulate a settlement demand, set forth below is our informal request (or wish list) for data. The more information you can provide, the more vetted our initial demand will be.

- the total number of tainted toy units that were subject to any recall
- the number of tainted toy units actually sold to consumers
- the number of tainted toy units actually sent to consumers by rc2 during the recall program
- the number of tainted toy units returned to rc2 by consumers
- the average number of tainted toy units returned to rc2 per consumer
- the number of tainted toy units returned to rc2 from retail stores
- the range of retail prices for the tainted toy units
- the average retail price of the tainted toy units
- the total retail value of the tainted toy units
- any estimates by rc2 of the average number of tainted toy units held per consumer
- any estimates of the number of consumers that purchased tainted toy units

Thanks Bart. Feel free to give me a call if you are more comfortable discussing these numbers in the first instance by phone.

Beth

Elizabeth A. Fegan
Hagens Berman Sobol Shapiro LLP
820 North Blvd, Suite B
Oak Park, Illinois 60301
708-776-5604
708-776-5601 (fax)
www.hbsslaw.com