# **<u>Exhibit 8</u>**

# Beth Fegan

**From:** Murphy, Bart [Bart.Murphy@icemiller.com]
**Sent:** Tuesday, November 13, 2007 12:02 PM
**To:** Beth Fegan
**Cc:** Okenfuss, Judy; Petersen, James
**Subject:** RE: RC2: informal data request for settlement purposes

I should be able to respond to most of inquiries by Friday

Bart T. Murphy
Ice Miller LLP
2300 Cabot Dr., Ste. 455
Lisle, IL 60532
630-955-6392
bart.murphy@icemiller.com

---

**From:** Beth Fegan [mailto:beth@hbsslaw.com]
**Sent:** Tuesday, November 13, 2007 11:55 AM
**To:** Beth Fegan; Murphy, Bart
**Subject:** RE: RC2: informal data request for settlement purposes

Hi Bart -

Can you give us an ETA on when you think you will be able to provide us with information? No pressure; just managing our expectations.

Thanks,
Beth

---

**From:** Beth Fegan
**Sent:** Thursday, November 08, 2007 6:04 PM
**To:** bart.murphy@icemiller.com
**Subject:** RC2: informal data request for settlement purposes

Bart,

Per our discussion yesterday and in order to allow us to formulate a settlement demand, set forth below is our informal request (or wish list) for data. The more information you can provide, the more vetted our initial demand will be.

- the total number of tainted toy units that were subject to any recall
- the number of tainted toy units actually sold to consumers
- the number of tainted toy units actually sent to consumers by rc2 during the recall program
- the number of tainted toy units returned to rc2 by consumers
- the average number of tainted toy units returned to rc2 per consumer
- the number of tainted toy units returned to rc2 from retail stores

- the range of retail prices for the tainted toy units
- the average retail price of the tainted toy units
- the total retail value of the tainted toy units
- any estimates by rc2 of the average number of tainted toy units held per consumer
- any estimates of the number of consumers that purchased tainted toy units

Thanks Bart. Feel free to give me a call if you are more comfortable discussing these numbers in the first instance by phone.

Beth

Elizabeth A. Fegan
Hagens Berman Sobol Shapiro LLP
820 North Blvd, Suite B
Oak Park, Illinois 60301
708-776-5604
708-776-5601 (fax)
www.hbsslaw.com

*****************************************************************
CIRCULAR 230 DISCLOSURE: Except to the extent that this advice concerns the qualification of any qualified plan, to ensure compliance with recently-enacted U.S. Treasury Department Regulations, we are now required to advise you that, unless otherwise expressly indicated, any federal tax advice contained in this communication, including any attachments, is not intended or written by us to be used, and cannot be used, by anyone for the purpose of avoiding federal tax penalties that may be imposed by the federal government or for promoting, marketing or recommending to another party any tax-related matters addressed herein.

CONFIDENTIALITY NOTICE:

Except to the extent that this advice concerns the qualification of any qualified plan,
This E-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of this E-mail or any attachment is prohibited. If you have received this E-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you.
ICE MILLER LLP
*****************************************************************

2/12/2008