# Exhibit 18

## Superior Court of California, County of San Francisco
Case Number: CGC-07-465859
Title: JAMES NOREM VS. RC2 CORPORATION
Cause of Action: PRODUCTS LIABILITY
Generated: Feb-04-2008 6:23 am PST

Register of Actions    Parties    Attorneys    Calendar    Payments    Documents

# Register of Actions

Date Range: First Date Aug-06-2007 | Last Date Feb-04-2008 | (Dates must be entered as MMM-DD-YYYY)

Descending Date Sequence | ALL FILING TYPES | Submit

| Date | Proceedings | Document | Fee |
|------|-------------|----------|-----|
| JAN-15-2008 | ORDER TO SHOW CAUSE SET FOR MAR-10-2008 IN DEPARTMENT 212 AT 1:30 PM FOR FAILURE TO FILE PROOF OF SERVICE ON DEFENDANT(S) AND OBTAIN ANSWER(S), OR ENTER DEFAULT(S). THE JAN-25-2008 CASE MANAGEMENT CONFERENCE IS OFF CALENDAR. NOTICE SENT BY COURT. | View | |
| DEC-13-2007 | ORDER TO SHOW CAUSE RE PROOF OF SERVICE ON DEC-18-2007 IS OFF CALENDAR. NOTICE SENT BY COURT. | View | |
| DEC-11-2007 | PROOF OF SERVICE OF COMPLAINT ON DEFT FILED BY PLAINTIFF NOREM, JAMES ON BEHALF OF HIMSELF AND AS CLASS OF SIMILARLY SITUATED INDIVIDUALS AS TO DEFENDANT RC2 CORPORATION | | |
| NOV-14-2007 | ADDED TO PROOF OF SERVICE ORDER TO SHOW CAUSE CALENDAR HEARING SET FOR DEC-18-2007 AT 09:00 AM IN DEPT 212 | View | |
| AUG-06-2007 | NOTICE TO PLAINTIFF | View | |
| AUG-06-2007 | PRODUCTS LIABILITY, COMPLAINT FILED BY PLAINTIFF NOREM, JAMES ON BEHALF OF HIMSELF AND AS CLASS OF SIMILARLY SITUATED INDIVIDUALS AS TO DEFENDANT RC2 CORPORATION SUMMONS ISSUED, JUDICIAL COUNCIL CIVIL CASE COVER SHEET FILED CASE MANAGEMENT CONFERENCE SCHEDULED FOR JAN-25-2008 PROOF OF SERVICE DUE ON OCT-05-2007 CASE MANAGEMENT STATEMENT DUE ON JAN-10-2008 COMPLEX LITIGATION ASSIGNMENT REQUESTED BY FILING PARTIES; FEE INCLUDED IN FILING FEE | View | 885.00 |