# **Exhibit 19**



*Leon County Clerk of Courts*
*CourtView 2000 Search Engine*

**Summary    Parties    Events    Dockets    Disposition    Costs**

**37 2007 CA 002275 WOOD, LISA B vs RC2 CORPORATION**

| Docket Date | Docket Text | Amount | Amount Due |
|---|---|---|---|
| 8/22/2007 | CIVIL COVER SHEET | | |
| 8/22/2007 | CLASS ACTION COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL Receipt: 52201 Date: 08/22/2007 | $255.00 | |
| 8/23/2007 | AMENDED CLASS ACTION COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL | | |
| 8/27/2007 | COPIES Receipt: 52262 Date: 08/27/2007 | $8.00 | |
| 8/27/2007 | COPIES Receipt: 52252 Date: 08/27/2007 | $16.00 | |

[ Previous Page ]  **New Search**                    **View Help**