# Exhibit 20



eDocket | eWatch | eCalendar | eServe/eFile | My el

**Larry Sporer**                                                                 Logout

| Search | Edit eWatch | Delete eWatch | Notify List | View List | Charges |

Case Details
Filings
Appearances
Motions
Attorneys
Alerts
Printer Friendly
eServe/eFile

**VICKI LOMBANA**
v.
**RC2 CORPORATION**

SUPERIOR COURT - LAW DIVISION
BERGEN COUNTY
Docket Number: BER-L-7701-07
Case Status: ACTIVE

According to the records of the Clerk's Office, the following documents have been filed in this case:

| Date Filed | Document Type | |
|---|---|---|
| | **COMPLETE FILE** | Order Copy |
| 10/17/2007 | COMPLAINT JURY DEMAND | Order Copy |
| | **OTHER** *(additional information will be requested)* | Click Here |

Home · eWatch · eCalendar · eDocket · eCopy
My Profile · Make Payments · Account History
Help · Contact Us · Privacy Statement · Press Releases

Copyright © 2000-2008 eLaw, LLC. All rights reserved.
All trademarks and registered trademarks are the property of their respective owners and are used for identification or reference purpose only with no intent to infringe on copyrights.