# Exhibit 21

### Report Selection Criteria

Case ID:                CT-004360-07
Docket Start Date:
Docket Ending Date:

### Case Description

Case ID:    CT-004360-07 - LUANN WORD VS RC2 CORPORATION -*JURY*-
Filing Date: Friday , August 24th, 2007
Type:       MC - MISCELLANEOUS
Status:     none

### Related Cases

*No related cases were found.*

### Case Event Schedule

*No case events were found.*

### Case Parties

| Seq # | Assoc | Expn Date | Type | ID | Name |
|---|---|---|---|---|---|
| 1 | | | JUDGE | 30CO | RUSSELL, HONORABLE JAMES |
| Address: | DIVISION 2 ROOM 235 MEMPHIS TN 38103 (901)545-4022 | | Aliases: | | none |
| 2 | | | DIVISION | DIV2 | DIVISION TWO |
| Address: | unavailable | | Aliases: | | none |
| 3 | | | PLAINTIFF | @204959 | WORD, LUANN |
| Address: | unavailable | | Aliases: | | none |
| 4 | | | PLAINTIFF | @204960 | WORD, ROBERT |
| Address: | unavailable | | Aliases: | | none |

| | | | | | |
|---|---|---|---|---|---|
| 5 | | | PLAINTIFF'S ATTORNEY | 5182 | WADE, B J |
| **Address:** | 26 NORTH SECOND STREET MEMPHIS TN 38103 | | **Aliases:** | none | |

| | | | | | |
|---|---|---|---|---|---|
| 6 | | | DEFENDANT | @204961 | RC2 CORPORATION |
| **Address:** | unavailable | | **Aliases:** | none | |

## Docket Entries

| Filing Date | Description | Name | Monetary |
|---|---|---|---|
| 24-AUG-2007 03:38 PM | CATEGORY 1 FILING | | |
| **Entry:** | none. | | |
| 24-AUG-2007 03:38 PM | COMPLAINT FILED | | |
| **Entry:** | none. | | |
| 24-AUG-2007 03:43 PM | JACKET LABEL PRINTED | | |
| **Entry:** | Docket entry for the letter produced from CDADOCT on 24-AUG-2007 by COUNTER2. | | |
| 27-AUG-2007 08:19 AM | PAYMENT RECEIVED | | |
| **Entry:** | A Payment of -$286.50 was made on receipt CTCT205221. | | |