# Exhibit 25

# Beth Fegan

| | |
|---|---|
| **From:** | Beth Fegan |
| **Sent:** | Thursday, December 13, 2007 3:03 PM |
| **To:** | 'Okenfuss, Judy' |
| **Cc:** | 'Fred Fox'; 'Laurence King'; William N. Riley Esquire; Joe Williams; Ivy Arai; 'Murphy, Bart'; 'Petersen, James' |
| **Subject:** | FW: Thomas and Friends - 30(B)(6) Depositions |
| **Attachments:** | RC2 Letter to Fegan.pdf |



RC2 Letter to
Fegan.pdf (61 KB...

Dear Judy,

We did discuss postponement of the 30b6 depositions until January; however, I advised you we would only agree to the postponement as long as we agreed on dates certain. We did not agree to "mid-January" as you state. Rather, you advised that you would send me a letter with dates certain this week. Thus, the reference in your letter to a general postponement until mid-January does not comport with our agreement.

Beth

-----Original Message-----
From: McQueen, Scott [mailto:Scott.McQueen@icemiller.com] On Behalf Of Okenfuss, Judy
Sent: Thursday, December 13, 2007 1:16 PM
To: Beth Fegan
Cc: ffox@kaplanfox.com; lking@kaplanfox.com; William N. Riley Esquire; Murphy, Bart; Peterman, Debbie
Subject: Thomas and Friends - 30(B)(6) Depositions

Counsel,
Please find the attached correspondence from Judy Okenfuss. Should you have any questions, please direct them to Judy.
Thanks,
Scott McQueen


Scott McQueen
Legal Secretary
Phone (317) 236-2962
Fax (317) 236-2219
Email scott.mcqueen@icemiller.com    One American Square
Suite 3100
Indianapolis, IN 46282-0200
www.icemiller.com

Open as vCard


 RC2 Letter to Fegan.pdf
 <<RC2 Letter to Fegan.pdf>>

********************************************************************************
************************************************************
CIRCULAR 230 DISCLOSURE:  Except to the extent that this advice concerns the qualification of any qualified plan, to ensure compliance with U.S. Treasury Department Regulations, we are now required to advise you that, unless otherwise expressly indicated, any federal tax advice contained in this communication, including any attachments, is not intended or written by us to be used, and cannot be used, by anyone for the purpose of avoiding federal tax penalties that may be imposed by the federal government or for promoting,

1

marketing or recommending to another party any tax-related matters addressed herein.

CONFIDENTIALITY NOTICE:
This E-mail and any attachments are confidential and may be protected by legal privilege.
If you are not the intended recipient, be aware that any disclosure, copying,
distribution, or use of this E-mail or any attachment is prohibited.  If you have received
this E-mail in error, please notify us immediately by returning it to the sender and
delete this copy from your system.  Thank you.
ICE MILLER LLP
*****************************************************************************
***************************************************************