# **Exhibit 29**



Powered by **AccessPlus®** from the Law Bulletin Information Network

Contact the Law Bulletin Information Network to subscribe to receive case matching, court dockets and more...

| | |
|---|---|
| **Call Time:** | 01/22/2008 2:00 |
| **Case Number:** | 2007CH-20924 |
| **Plaintiff:** | BARRETT |
| **Defendant:** | RC2 |
| **Court:** | CIRCUIT COURT |
| **Division:** | CHANCERY DIV. |
| **Section:** | N/A |
| **Call:** | N/A |
| **Building:** | Daley Center |
| **Room:** | 2302 |
| **Sequence Number:** | 1 |
| **Judge:** | Maki; William O. |