# EXHIBIT B



**William N. Riley**
Attorney at Law

November 1, 2007

**VIA HAND DELIVERY**

James Petersen, Esq.
ICE MILLER, LLP
One American Square, Suite 3100
Indianapolis, Indiana 46282

    RE:   *In re: Thomas and Friends Wooden Railway Toys Litigation*
              Mediators and Availability

Dear Jim:

Please find enclosed the calendars for November and December setting out the dates and locations various mediators are available.

                                          With kindest regards,

                                          William N. Riley

WNR/ema

Enclosure

cc:    Elizabeth A. Fegan, Esq.
        Frederic S. Fox, Esq.

Hammond Block Building
301 Massachusetts Ave
Indianapolis, IN 46204

**317-633-8787**
Fax 317-633-8797

wriley@price-law.com

# RC2 – MEDIATOR
## JUDGE AVAILABILITY
### November 2007
*Last Revised On 11/01/07*

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| 28 | 29 | 30 | 31 Halloween | 1 | 2 | 3 |
| 4 Daylight Saving Time Ends | 5[1] J. Neville at JAMS – Avail. in Chicago | 6 Election Day J. Neville at JAMS – Avail. in Chicago | 7 J. Neville at JAMS – Avail. in Chicago | 8 J. Neville at JAMS – Avail. in Chicago | 9 J. Neville at JAMS – Avail. in Chicago | 10 |
| 11 Veteran's Day | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19[2] J. Brian Crowe – Avail. In Chicago | 20[2] J. Brian Crowe – Avail. in Chicago | 21 | 22 Thanksgiving | 23 | 24 |
| 25 | 26 J. Neville at JAMS – Avail. in Chicago J. Brian Crowe – Avail. In Chicago J. Pelini[3] – West Palm Beach | 27 J. Neville at JAMS – Avail. in Chicago J. Brian Crowe – Avail. In Chicago J. Pelini – West Palm Beach | 28 J. Neville at JAMS – Avail. in Chicago J. Brian Crowe | 29 | 30 | 1 |

[1] Judge Neville at JAMS is available in Chicago November 5-9, 26-28, December 3, 5, 17-21.
[2] Judge Brian Crowe is available November 19-20, any time the week of 11/26 except 11/30, and the first week of December.
[3] Judge Pelini is available...

## December 2007

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| 25 | 26 | 27 | 28 | 29 | 30 | 1 |
| 2 | 3 J. Neville at JAMS – Avail. in Chicago<br>J. Brian Crowe – Avail. In Chicago | 4<br>J. Brian Crowe – Avail. In Chicago | 5 J. Neville at JAMS – Avail. in Chicago<br>J. Brian Crowe – Avail. In Chicago | 6 J. Brian Crowe – Avail. In Chicago | 7 J. Brian Crowe – Avail. In Chicago | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 J. Neville at JAMS – Avail. in Chicago | 18 J. Neville at JAMS – Avail. in Chicago<br>J. Weinstein at JAMS NY | 19 J. Neville at JAMS – Avail. in Chicago<br>J. Weinstein at JAMS NY | 20 J. Neville at JAMS – Avail. in Chicago<br>J. Weinstein at JAMS NY | 21 J. Neville at JAMS – Avail. in Chicago<br>J. Weinstein at JAMS NY | 22 |
| 23 | 24 | 25 Christmas | 26 | 27 | 28 | 29 |
| 30 | 31 New Year's Eve | 1 | 2 | 3 | 4 | 5 |

[4] Judge Weinstein is available (JAMS) December 18, 19, 20, 21; January 15 – 31; and January 10-11 in SF