IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE RC2 CORP. TOY LEAD PAINT PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | No. 07 CV 7184<br>MDL No. 1893<br><br>Judge Leinenweber |
| *Document relates to all actions* | | |

**NOTICE OF MOTION**

TO: Attached Service List

PLEASE TAKE NOTICE THAT on **February 19, 2008 at 9:30 a.m.,** or as soon as counsel may be heard, Defendants, RC2 Corporation and Learning Curve Brands, Inc. shall present their MOTION FOR LEAVE TO FILE A SUR-REPLY IN RESPONSE TO THE DECLARATION OF PLAINTIFFS' COUNSEL WILLIAM RILEY AND A NEW ARGUMENT SUBMITTED FOR THE FIRST TIME IN PLAINTIFFS' REPLY OR IN THE ALTERNATIVE TO STRIKE THE DECLARATION AND ARGUMENT before the Honorable Harry D. Leinenweber, at the United States District Court for the Northern District of Illinois located at 219 S. Dearborn Street, Chicago, IL 60604. You are welcome to attend and participate.

Dated: February 15, 2008

          Respectfully submitted,

          RC2 CORPORATION and LEARNING
          CURVE BRANDS, INC.

          <u>s/Bart T. Murphy</u>
          By one of their attorneys
          Bart T. Murphy
          Ice Miller, LLP
          2300 Cabot Dr., Ste. 455
          Lisle, IL 60532
          630-955-6392

Judy S. Okenfuss
James L. Petersen
ICE MILLER LLP
One American Square
Suite 3100
Indianapolis, IN 46282

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 15th day of February, 2008, a copy of the foregoing has been filed electronically using the Court's CM/ECF system which sent electronic notification of this filing to the following counsel for Plaintiffs:

    Elizabeth A. Fegan  beth@hbsslaw.com

    Jack Reise  jreise@csgrr.com

    Joe R. Whatley, Jr.  jwhatley@wdklaw.com

    Robert James Pavich  rpavich@monicopavich.com

    Thomas A. Zimmerman, Jr.  tom@attorneyzim.com

    William N. Riley  wirliey@price-law.com

    Ben Barnow  b.barnow@barnowlaw.com

    Ethan M. Preston  ep@eplaw.us

 

*s/ Bart T. Murphy*
Bart T. Murphy
ICE MILLER LLP
2300 Cabot Drive, Suite 455
Lisle, IL  60532
(630) 955-0555