■■■■■■
**Confidential Settlement Communication**
**February 8, 2008**

- **Discovery**: RC2 shall provide MDL Interim Lead Counsel with all discovery, including documents and transcripts of depositions, provided to Barrett's counsel. At the reasonable request of MDL Counsel, RC2 will provide additional information.