UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE RC2 CORP. TOY LEAD PAINT PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) ) | Case No. 07 CV 7184<br><br>MDL No. 1893<br><br>The Honorable H. Leinenweber |

## NOTICE OF MOTION

To:   All Counsel of Record

    PLEASE TAKE NOTICE THAT on Wednesday, February 20, 2008, at 9:00 a.m. or as soon as counsel may be heard, State Plaintiffs shall present REAL-PARTY-IN-INTEREST/STATE PLAINTIFFS' MOTION FOR LEAVE TO SUPPLEMENT THE RECORD ON "EMERGENCY" MOTION FOR AN INJUNCTION PURSUANT TO THE ALL WRITS ACT in Courtroom 1941 before the Honorable Harry D. Leinenweber at the United States District Court for the Northern District of Illinois located at 219 South Dearborn St., Chicago, Illinois 60604.  You are welcome to attend and participate.

                Respectfully submitted

                BYRON BARRETT, the real party in interest, individually, and on behalf of all others similarly situated,


                /s/ Ethan Preston_____
                One of the Plaintiff's attorneys

<u>State-Appointed Class Counsel</u>
Ethan Preston
Jay Edelson
Scott A. Kamber, *pro hac vice pending*
KAMBEREDELSON LLC
53 West Jackson Bvld., Suite 1530
Chicago, Illinois 60604
(312) 589-6370
no. 6239287

William M. Audet
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco, CA 94105

<u>State-Appointed Liaison Counsel</u>
Gino L. DiVito
TABET DIVITO & ROTHSTEIN LLC
180 North LaSalle Street , Suite 1510
Chicago, Illinois 60601
(312) 762 9450

## CERTIFICATE OF SERVICE

      I, Ethan Preston, an attorney, hereby certify that a true and correct copy of the foregoing REAL-PARTY-IN-INTEREST/STATE PLAINTIFFS' MOTION FOR LEAVE TO SUPPLEMENT THE RECORD ON "EMERGENCY" MOTION FOR AN INJUNCTION PURSUANT TO THE ALL WRITS ACT, together with all attachments thereto, was served upon counsel of record via CM/ECF on this 19th day of February 2008.

                                                  /s/ Ethan Preston
                                                  Ethan Preston, Esq.