# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7184 | **DATE** | 2/19/2008 |
| **CASE TITLE** | In Re: In Re: RC2 Corp. Toy Lead Paint Products | | |

**DOCKET ENTRY TEXT**

Defendants' Motion for leave to file a sur-reply is granted. Plaintiffs' Unopposed Motion for leave to file brief in excess of fifteen pages is granted. The Court re-appoints Kaplan, Fox & Kilsheimer LLP as Lead Counsel.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | WAP |
|---|---|---|