# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Harry D. Leinenweber | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7184 | **DATE** | 2/20/2008 |
| **CASE TITLE** | In Re: RC2 Corp. Toy Lead Paint Products | | |

**DOCKET ENTRY TEXT**

ENTER MEMORANDUM OPINION AND ORDER: Plaintiffs' Motion for Preliminary Injunction Pursuant to the All Writs Act is denied. Defendants' Motion to Stay Proceedings is granted.

■ [ For further detail see separate order(s).]      Docketing to mail notices.

| | Courtroom Deputy Initials: | WAP |
|---|---|---|