## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

RC2 Corp. Toy Lead Paint Products Liability Litigation, et al.

                                                Plaintiff,

v.                                                  Case No.: 1:07−cv−07184

                                                   Honorable Harry D. Leinenweber

RC2 Corporation

                                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 20, 2008:

      MINUTE entry before Judge Harry D. Leinenweber : Status hearing set for 5/28/2008 at 09:00 AM. Real−Party−In−Interest/State Plaintiffs' Motion for leave to supplement is granted. Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.