## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7184 | **DATE** | 2/28/2008 |
| **CASE TITLE** | In Re: RC2 Corp Toy Lead Paint Products Liability Litigation | | |

**DOCKET ENTRY TEXT**

The Court amends its Memorandum Opinion and Order dated 2/20/2008 [41] in the following manner: Page 12, lines 4-5: Replace "If Plaintiffs believe that the Circuit Court of Cook County" with "If Plaintiffs believe that the settlement is inadequate, they should file objections in the Circuit Court of Cook County."

Docketing to mail notices.

| | Courtroom Deputy Initials: | WAP |
|---|---|---|